FILED

00 AUG 15 PM 3:24

# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## ASSIGNMENT OF MAGISTRATE JUDGE

Case Number: **1:00CV2081**

Magistrate Judge: **MAG. JUDGE VECCHIARELLI**

Pursuant to LR 3.1 and LCrR 57.9, Assignment of Cases, and General Order 98-17, all civil and criminal proceedings in the Eastern Division will be assigned a Magistrate Judge by the Clerk.

The Magistrate Judge assigned to this case is named above.

c:\wptext\forms\randmag
revised September 1998

Local Category: 12