UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
CIVIL CASE INFORMATION STATEMENT (CIS)

DCM FORM NO. 1

| CAPTION | CASE NO. |
|---|---|
| Laredo National Bancshares, Inc., The Laredo National Bank & Gary G. Jacobs vs. Donald E. Schulz and John Does 1 through 10 | 1:00 CV 2081   FILED 3:25 |

**Consent to the Jurisdiction of a Magistrate Judge**
YES ☐   NO ☒

**JUDGE:** JUDGE WELLS

**If YES, have You Filled Out the Appropriate Form?**
YES ☐   NO ☐

**MAGISTRATE JUDGE:** MAG. JUDGE VECCHIARELLI

**TRACK ASSIGNMENT REQUESTED**

Administrative ☐   Expedited ☐   Standard ☐   Complex ☒   Mass Torts ☐

**ALTERNATIVE DISPUTE RESOLUTION - IS THIS CASE SUITABLE FOR DISPOSITION BY ADR? IF SO, BY WHICH ADR PROCESS(ES):**

Early Neutral Evaluation ☐   Mediation ☐   Arbitration ☐   Summary Jury Trial ☐   Summary Bench Trial ☐   Other ☐
See LR 16.5(a)   See LR 16.6(a)   See LR 16.7(a)   See LR 16.8(a)   See LR 16.9(a)   See LR 16.10

Is this case suitable for electronic filing? (See guidelines on reverse side.)
___ Yes ___ No, if no, why not _____

Briefly describe the case; include any special characteristics that may warrant extended discovery or accelerated disposition. If complex or expedited track assignment is requested, explain why. (Use Separate Sheet if Additional Space is Required):
This case arises from the unlawful actions of the defendants to infiltrate a government agency, and unlawfully obtain and disseminate documents from that agency causing widespread media reports falsely accusing plaintiffs of illegal activity.   Also see attached.

RELATED CASE? YES ☐  NO ☒  CASE NO._____ JUDGE_____

| ATTORNEY NAME AND BAR I.D. NUMBER | TELEPHONE NUMBER |
|---|---|
| Patrick M. McLaughlin 0008190 | ( 216 ) 623-0-00 |

| FIRM NAME AND ADDRESS | PARTY NAME - DOCUMENT TYPE |
|---|---|
| McLaughlin & McCaffrey, LLP Ohio Savings Plaza, Suite 740 1801 East Ninth Street Cleveland, Ohio 44114-3198 | Laredo National Bancshares, Inc., The Laredo National Bank and Gary G. Jacobs |

The information provided on the CIS statement will be used for administrative purposes only LR 3.13(b)

c:\wptext\forms\cisform.DCM
revised October 1997

DCM FORM NO. 1

*Laredo National Bancshares, Inc.,*
*The Laredo National Bank, and Gary G. Jacobs*
*vs.*
*Donald E. Schulz and John Does 1 through 10*

Attachment to Civil Case Information Statement (CIS)

Continuation of briefly describe the case: include any special characteristics that may warrant extended discovery or accelerated disposition. If complex or expedited track assignment is requested explain why. (Use Separate Sheet if Additional Space is Required).

> Plaintiffs believe this is a complex case because the legal issues presented are numerous, complicated and unique. The factual circumstances underlying this case are long, involved and exceedingly complicated. Extensive discovery will be required to ascertain further information as to the defendants' unlawful acts and schemes, and to identify the numerous John Does who are believed to have participated in the unlawful enterprise. There will be a significant number of witnesses, more than ten individuals. In addition, significant expert testimony will be required. Due to the nature of the claims, it is unlikely that this case will be suitable for ADR. The character and nature of the damages relate to the harm caused to the plaintiffs' reputations and goodwill, which will require expert testimony in order to quantify.