UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

NOTICE OF PLACEMENT IN
CM/ECF DOCKETING SYSTEM

Case No. **1:00 CV 2081**

JUDGE **JUDGE WELLS**

At the regular meeting of judges conducted on August 7, 2000, the Court agreed that this notice be issued in all cases as they are placed into the Court's new docketing system.

The United States District Court for the Northern District of Ohio is converting from its old Integrated Case Management docketing system to its new Case Management / Electronic Case Files System (CM/ECF) docketing system. The CM/ECF system provides the bench, the bar and the public with unprecedented electronic access to up-to-the-minute dockets sheets as well as to the documents themselves.

This action has now been entered into the CM/ECF system. Current information on this case will not be available through PACER or Web PACER. Access to the docket sheet and the documents in this matter are available on the Court's electronic case files web site (http://ecf.ohnd.uscourts.gov).

### Electronic Filing

The CM/ECF system is capable of accepting electronic filings over the Internet, although its use does not require that documents be filed electronically unless ordered by the Court. All documents that are filed on paper will be scanned by the Clerk's Office and placed into the CM/ECF system for electronic access.

While electronic filing has not yet been ordered in this case, the Court strongly encourages counsel to take advantage of the benefits of filing electronically. Counsel who file documents electronically in a case are required to have the e-mail noticing feature of their user account activated and agree to accept electronic notices from the Court and the other parties. It is the Court's expectation that, absent a showing of good cause, all counsel who regularly practice in this district will be prepared to file electronically and accept electronic notice of filings in any civil case before this Court no later than January 1, 2001.

### Court Orders and Notices

The Court will issue its orders and notices electronically to all registered counsel who have activated the e-mail noticing feature of their account. The court will send its orders and notices to all counsel who have not registered or activated the e-mail noticing feature of their account through regular U.S. mail; however, due to the speed of e-mail, counsel will receive

notices sooner if they register and activate the e-mail noticing feature of their user account. All counsel should also check the electronic docket sheets on a regular basis. Parties who are not represented by counsel will be sent Court orders and notices through regular U.S. mail.

### Service of Documents Filed by the Parties

**Documents filed on Paper.** All documents filed with the Court on paper must be served on the other parties on paper in the traditional manner pursuant to the applicable Federal and Local Rules.

**Documents filed Electronically.** When a document is filed electronically, the receipt of the filing will indicate which counsel have been notified electronically of the filing by the CM/ECF system and which counsel have not. The filing party <u>must</u> serve the documents on paper in the traditional manner pursuant to the applicable Federal and Local Rules upon the counsel who where <u>not</u> sent electronic notification. The filing party need not serve Counsel who have been sent electronic notification. In instances where a party is not represented by counsel, all documents must be served on that party on paper in the traditional manner pursuant to the applicable Federal and Local Rules.

### Electronic Filing of Proposed Documents

If the document you wish to file electronically requires leave of Court, such as an amended complaint or a document to be filed out of time, the proposed document should be attached as an exhibit to a motion. If your motion is granted, you may then file your document electronically; however, you may not file the document on its own unless and until the motion is granted.

If you wish to submit a proposed order for consideration by the Court, you may file the proposed order as an attachment to a motion, but not as a document on its own. In addition, you should contact the courtroom deputy of the judicial officer assigned to the case and arrange to e-mail a copy of the proposed order in Word Perfect format to her/him to assist the Court in instances where it desires to modify the proposed order.

### Help Desk

The Clerk's Office has established an Electronic Filing Help Desk at 1-800-355-8498 to answer questions and provide assistance should difficulties arise.

Geri M. Smith, Clerk of Court