AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 8-15-00 4:13 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JAMES F. THOMAS | INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 19409 WINSLOW RD
Cleveland, Ohio 44122 at 4:13 P.M

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-15-00
Date

Signature of Server: James F. Thomas

Address of Server: 21445 LORAIN RD
FAIRVIEW PARK, OHIO 44126

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

Northern    DISTRICT OF  Ohio

Laredo National Bancshares, Inc.
The Laredo National Bank, and
Gary G. Jacobs,

        Plaintiffs,

V.

Donald E. Schulz and
John Does 1 through 10,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **1:00 CV 2081**

**JUDGE WELLS**

TO: (Name and address of defendant)

    Donald E. Schulz
    19407 Winslow Road
    Cleveland, Ohio   44122-4953

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick M. McLaughlin
McLaughlin & McCaffrey, LLP
Ohio Savings Plaza, Suite 740
1801 East 9th Street
Cleveland, Ohio 44114-3198

Ricardo G. Cedillo
Davis, Cedillo & Mendoza
Harte-Hanks Tower, Suite 400
200 Concord Plaza Drive
San Antonio, Texas   78216-6950

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**COPY**

**GERI M. SMITH, CLERK**

ERK

**AUG 1 5 2000**

DATE

(BY) DEPUTY CLERK