

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Laredo National Bancshares Inc., et al., | ) | Civil Action No. 1:00 CV 2081 |
| | ) | |
| Plaintiffs, | ) | Judge Leslie Brooks Wells |
| | ) | Magistrate Judge Nancy Vecchiarelli |
| vs. | ) | |
| | ) | |
| Donald E. Schulz, et al., | ) | **Plaintiffs' Motion to Admit** |
| | ) | **Ricardo G. Cedillo *Pro Hac Vice*** |
| Defendants. | ) | |

Now come plaintiffs Laredo National Bancshares, Inc., The Laredo National Bank, and Gary G. Jacobs, (hereinafter collectively referred to as "Laredo"), pursuant to the Federal Rules of Civil Procedure and the Rules of the U.S. District Court for the Northern District of Ohio, specifically LR 83.5(h), and move this Court for an order allowing Ricardo G. Cedillo to appear *pro hac vice* on behalf of plaintiffs in the above-captioned matter and in support of his application state:

1. Ricardo G. Cedillo is a member of the law firm of Davis, Cedillo & Mendoza, Incorporated, located in San Antonio, Texas.

2. Ricardo G. Cedillo is currently counsel for Laredo.

3. Ricardo G. Cedillo a graduate of the Harvard University Law School, is and has been a member in good standing of the State Bar of Texas, having been admitted in 1979.

4. Ricardo G. Cedillo is not presently admitted to practice in the state court of Ohio or the U.S. District Court for the Northern District of Ohio.

5. Ricardo G. Cedillo hereby designates Patrick M. McLaughlin, McLaughlin & McCaffrey, LLP, 1801 East Ninth Street, Suite 740, Cleveland, Ohio 44114-3198, who is a member of the Ohio Bar and admitted to practice before this Court, and who maintains an office for the practice of law in Cleveland, Ohio, as local counsel with whom the Court and opposing counsel can communicate readily regarding the conduct and status of the case and upon whom papers may be served.

6. The motion of plaintiffs to admit Ricardo G. Cedillo *pro hac vice* to practice before this Court will aid in the just and expeditious resolution of this case.

WHEREFORE, based on the above certification, it is requested that this Honorable Court allow Ricardo G. Cedillo to appear *pro hac vice* in the above-referenced matter.

DATED THIS 6th day of September, 2000.

Respectfully submitted,

Patrick M. McLaughlin (0008190) /CRJ
John F. McCaffrey (0039486)
Colin R. Jennings (0068704)
McLAUGHLIN & McCAFFREY, LLP
1801 East Ninth Street, Suite 740
Cleveland, Ohio 44114-3198
(216) 623-0900

Counsel for plaintiffs

2

## Certificate of Service

A copy of the foregoing Plaintiffs' Motion to Admit Ricardo G. Cedillo *Pro Hac Vice* has been served by Ordinary U.S. Mail upon defendant Donald E. Schulz, 19407 Winslow Road, Cleveland, Ohio 44122-4953, on this the 6th day of September, 2000.

_____
Patrick M. McLaughlin

## ACKNOWLEDGMENT

I, Patrick M. McLaughlin, a member in good standing of the Ohio Bar, admitted to practice before the United States District Court for the Northern District of Ohio and counsel for plaintiffs Laredo National Bancshares, Inc., The Laredo National Bank, and Gary G. Jacobs in the above-captioned litigation, do hereby consent to serve as local counsel with Ricardo G. Cedillo in this case.

Patrick M. McLaughlin

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Laredo National Bancshares Inc., et al., | ) | Civil Action No. 1:00 CV 2081 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Donald E. Schulz, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The motion of plaintiffs Laredo National Bancshares, Inc., The Laredo National Bank, and Gary G. Jacobs for Ricardo G. Cedillo to Appear *Pro Hac Vice* having been considered, and for good cause shown, the motion is hereby GRANTED that Ricardo G. Cedillo is admitted to practice *pro hac vice* in the above-styled case on behalf of plaintiffs.

This _____ day of _____, 2000.

_____
United States District Judge