FILED

00 SEP -6 PM 2: 29

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Laredo National Bancshares Inc., et al., ) | Civil Action No. 1:00 CV 2081 |
| Plaintiffs, ) | Judge Leslie Brooks Wells |
| ) | Magistrate Judge Nancy Vecchiarelli |
| vs. ) | |
| ) | |
| Donald E. Schulz, et al., ) | **Plaintiffs' Motion to Admit** |
| ) | **Jason R. Cliffe *Pro Hac Vice*** |
| Defendants. ) | |

Now come plaintiffs Laredo National Bancshares, Inc., The Laredo National Bank, and Gary G. Jacobs, (hereinafter collectively referred to as "Laredo"), pursuant to the Federal Rules of Civil Procedure and the Rules of the U.S. District Court for the Northern District of Ohio, specifically LR 83.5(h), and move this Court for an order allowing Jason R. Cliffe to appear *pro hac vice* on behalf of plaintiffs in the above-captioned matter and in support of his application state:

1. Jason R. Cliffe is an associate at the law firm of Davis, Cedillo & Mendoza, Incorporated, located in San Antonio, Texas.

2. Jason R. Cliffe is currently counsel for Laredo.

ORIGINAL

Granted, *signature* 9/7/00

CMECF #7