FILED

00 SEP 22  PM 3: 53

CLERK, ........ ..... COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., | ) ) ) | CASE NO.  00 CV 2081 |
| Plaintiffs, | ) ) | JUDGE WELLS |
| vs. | ) ) ) | <u>MOTION TO EXTEND TIME TO MOVE OR PLEAD</u> |
| DONALD E.  SHULTZ, | ) ) ) | |
| Defendant. | ) | |

Defendant, Donald E.  Schultz, respectfully moves this court for an order extending the time within which he may move or plead to the Complaint.  Plaintiffs have previously informally granted Defendant an extension of time for twenty (20) days to respond to the Complaint that expires on September 25, 2000.  Plaintiffs are unwilling to grant another informal extension.  Thus, the need for this motion.

The undersigned submits this motion on Defendant's behalf, not for the purpose of entering a general appearance in this case, but solely for the purpose of protecting the answer day so that Defendant may explore potential settlement options and determine if has the financial capability of retaining the undersigned  to defend him in this litigation.

A brief in support of this motion is attached hereto and incorporated herein.  On the

basis thereof, Defendant respectfully requests an extension of time for an additional twenty (20) days until October 16, 2000 within which to move or plead to the Complaint.

          Respectfully submitted,

Philip J.  Weaver, Jr.  (0025491)
Smith, Marshall, Weaver & Vergon
500 National City - East Sixth Building
1965 East Sixth Street
Cleveland, Ohio   44114
(216) 781-4994

## BRIEF IN SUPPORT OF MOTION FOR LEAVE TO MOVE OR PLEAD

The Complaint is thirty-nine (39) pages long with seventeen (17) exhibits. It alleges, in essence, that Defendant and others conspired to provide the federal government with false information, stole a government report generated, in part, based upon the false information, and thereafter systematically caused the report to be leaked to the news media resulting in publication of defamatory information. The Complaint contains eight counts alleging RICO violations, conspiracy to violate RICO, violations of Ohio's Pattern of Corrupt Activity Act, tortious interference with business relations, defamation, invasion of privacy, violation of the Federal Privacy Act and Attorney General Order and civil conspiracy. The case is complicated, will involve potentially vast discovery, and will be expensive to defend.

Defendant, Donald E. Shultz, is a local college professor of modest means. By comparison, Plaintiffs have nearly unlimited resources.

Defendant has retained the undersigned solely for the purpose of exploring settlement potentials. Settlement discussions have occurred resulting in Plaintiffs granting Defendant an informal extension of time to answer for twenty (20) days, or until September 25, 2000. Contemporaneously, Defendant has been exploring financing arrangements in order to fund his defense if settlement is not viable. Defendant has not unearthed any insurance coverage that may cover these claims. Consequently, the undersigned has not yet, if ever, been retained by Defendant to enter an appearance and represent him in this case.

In connection with settlement prospects, the undersigned has been required to research various issues, which research is ongoing, such that settlement discussions cannot proceed immediately. It is anticipated that the remaining research and further settlement discussions can be completed within the next twenty (20) days during which time Defendant will continue to explore financing options in the event that settlement cannot be reached.

For the aforementioned reasons, Defendant respectfully requests an extension of time to move or plead to the Complaint for an additional twenty (20) days until October 15, 2000.

Respectfully submitted,

Philip J. Weaver, Jr. (0025491)
Smith, Marshall, Weaver & Vergon
500 National City - East Sixth Building
1965 East Sixth Street
Cleveland, Ohio 44114
(216) 781-4994

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion to Extend Time to Move or Plead has been served by regular U.S. mail, postage prepaid, on this _22ND_ day of September, 2000 upon Patrick M.  McLaughlin,  Esq., Attorney for Plaintiffs, Ohio Savings Plaza, Suite 740, 1801 East 9th Street, Cleveland, Ohio  44114-3198.

Philip J. Weaver, Jr.