FILED

00 SEP 22 PM 3: 53

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., | CASE NO. 00 CV 2081 |
| Plaintiffs, | JUDGE WELLS |
| vs. | MOTION TO EXTEND TIME TO MOVE OR PLEAD |
| DONALD E. SHULTZ, | |
| Defendant. | |

Defendant, Donald E. Schultz, respectfully moves this court for an order extending the time within which he may move or plead to the Complaint. Plaintiffs have previously informally granted Defendant an extension of time for twenty (20) days to respond to the Complaint that expires on September 25, 2000. Plaintiffs are unwilling to grant another informal extension. Thus, the need for this motion.

The undersigned submits this motion on Defendant's behalf, not for the purpose of entering a general appearance in this case, but solely for the purpose of protecting the answer day so that Defendant may explore potential settlement options and determine if has the financial capability of retaining the undersigned to defend him in this litigation.

A brief in support of this motion is attached hereto and incorporated herein. On the

*[Handwritten margin note: Granted to 17 October 2000. Judge Wells 9/26/00]*

*[Handwritten: ECF 10]*