UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., ) | CIVIL ACTION NO. 1-00-02081-LW |
| ) | JUDGE: Hon. Lesley Wells |
| Plaintiffs, ) | |
| ) | (Magistrate Judge Vecchiarelli) |
| VS. ) | |
| ) | |
| SCHULZ, et al., ) | |
| ) | **NOTICE OF MOTION** |
| Defendants. ) | |

## NOTICE OF MOTION FOR LEAVE TO INTERVENE FOR LIMITED PURPOSE OF STRIKING DEFAMATORY REFERENCE IN PLEADINGS

To the Counsel addressed:

PLEASE TAKE NOTICE that the within or accompanying Motion for Leave to Intervene in the above-captioned proceeding by Petitioner Walker F. Todd as a non-party for the limited purpose of striking or otherwise amending certain portions of the Complaint filed in this action on August 15, 2000, containing immaterial, impertinent, and potentially scandalous matter pertaining to Petitioner, specifically in paragraphs nos. 51 and 52 of the Complaint, is being presented to this Court for a hearing with return date on Tuesday, October 17, 2000, at 10:00 a.m., Eastern time, at the Howard S. Metzenbaum United States Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114, or as soon thereafter as this matter may be heard. Within the Court's electronic filing system, this motion is characterized as a Motion for Order. A copy of the form of Order requested from the Court is attached to the Motion.

1

At Chagrin Falls, Ohio
October 9, 2000

Respectfully submitted,

*Walker F. Todd*
/s/ WALKER F. TODD (electronic signature)
(Ohio bar no. 0064539)
Attorney at Law
1164 Sheerbrook Drive
Chagrin Falls, Ohio 44022
(440) 338-1169; fax (440) 338-1537
e-mail: westodd@en.com
Attorney acting Pro Se

Principal documents filed electronically with this Motion include:

    Motion for Order
    Affidavit/Declaration
    Certificate of Counsel
    Notice of Motion

See also, previously filed electronically:

    Complaint and Demand for Jury Trial, filed August 15, 2000
        (specifically, paragraphs nos. 51 and 52 therein)
    Complaint, Exhibit C
    Complaint, Exhibit D
    Complaint, Exhibit N.