FILED

00 OCT 23 PM 3: 42

CLERK
NORTHERN DISTRICT OF OHIO
CLEVELAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., | ) ) ) | CASE NO. 00 CV 2081 |
| Plaintiffs, | ) ) | JUDGE WELLS |
| vs. | ) ) ) | DEFENDANT'S REPLY IN SUPPORT OF SECOND MOTION |
| DONALD E. SCHULZ, | ) ) | FOR ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO |
| Defendant. | ) | THE COMPLAINT |

Defendant, Donald E. Schulz, is compelled to reply because of two misstatements by Plaintiffs in their opposition to Dr. Schulz's second motion for enlargement of time.

First, Plaintiffs contend that counsel for Dr. Schulz did not contact Plaintiffs' counsel for settlement discussion purposes. This is incorrect. On October 4, 2000, the undersigned contacted Patrick M. McLaughlin, Esquire, to discuss potential settlement. As a result of that conference, it was concluded that settlement at this time is not possible.

Second, Plaintiffs contend that Dr. Schulz now raises different grounds in seeking an enlargement of time. This also is incorrect. Dr. Schulz's initial motion for enlargement of time did raise the issue of his financial ability to defend himself in this litigation.

Accordingly, Dr. Schulz should be granted an additional extension of time until December 15, 2000 in order to determine whether the Department of Justice, United States Army or others are willing to defend him herein. Since Dr. Schulz cannot adequately fund his defense himself, it makes little sense to initiate the discovery process.

                                            Respectfully submitted,

                                            Philip J. Weaver, Jr. (0025491)
                                            Smith, Marshall, Weaver & Vergon
                                            500 National City - East Sixth Building
                                            1965 East Sixth Street
                                            Cleveland, Ohio  44114
                                            (216) 781-4994

                                            Attorney for Defendan

## CERTIFICATE OF SERVICE

A copy of the foregoing Defendant's Reply in Support of Second Motion For Enlargement of Time Within Which to Respond to The Complaint has been served by regular U.S. mail, postage prepaid, on this 23rd day of October, 2000 upon Patrick M. McLaughlin, Esq., Attorney for Plaintiffs, Ohio Savings Plaza, Suite 740, 1801 East 9th Street, Cleveland, Ohio  44114-3198.

                                            Philip J. Weaver, Jr.