

FILED

00 OCT 24 PM 2: 11

NORTHERN DISTRICT OF OHIO
CLEVELAND

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Laredo National Bancshares Inc., et al., | ) | Civil Action No. 1:00 CV 2081 |
| | ) | |
| Plaintiffs, | ) | Judge Leslie Brooks Wells |
| | ) | Magistrate Judge Nancy Vecchiarelli |
| vs. | ) | |
| | ) | |
| Donald E. Schulz, et al., | ) | **Notice of Address Change** |
| | ) | |
| Defendants. | ) | |

Please take notice that effective November 1, 2000, co-counsel for plaintiffs in the captioned matter will be relocating to new office space:

**McLaughlin & McCaffrey, LLP**
**Eaton Center**
**1111 Superior Avenue, Suite 1350**
**Cleveland, Ohio 44114-2500**
**(216) 623-0900 - Telephone**
**(216) 623-0935 - Facsimile**
**pmm@paladin-law.com**

*[signature]*

Patrick M. McLaughlin    (0008190)
John F. McCaffrey        (0039486)
Colin R. Jennings        (0068704)
McLAUGHLIN & McCAFFREY, LLP
Eaton Center
1111 Superior Avenue, Suite 1350
Cleveland, Ohio 44114-2500
(216) 623-0900 - Telephone
(216) 623-0935 - Facsimile
pmm@paladin-law.com

ORIGINAL

Ricardo G. Cedillo
Jason R. Cliffe
DAVIS, CEDILLO & MENDOZA
Harte-Hanks Tower, Suite 400
200 Concord Plaza Drive
San Antonio, Texas  78216-6950
(210) 822-6666 - Telephone
(210) 822-1151 - Facsimile

Counsel for plaintiffs

### Certificate of Service

A copy of the foregoing Notice of Address Change has been served by Ordinary U.S. Mail upon Philip J. Weaver, Jr., Smith, Marshall, Weaver & Vergon, counsel for defendant, 500 National City - East Sixth Building, 1965 East Sixth Street, Cleveland, Ohio 44114-2298 and Walker A. Todd, 1164 Sheerbrook Drive, Chagrin Falls, Ohio  44022, on this the 24th  day of October, 2000.

Patrick M. McLaughlin