FILED

00 OCT 25 PM 3: 52

NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Laredo National Bancshares Inc., et al., | ) | Civil Action No. 1:00 CV 2081 |
| | ) | |
| Plaintiffs, | ) | Judge Leslie Brooks Wells |
| | ) | Magistrate Judge Nancy Vecchiarelli |
| vs. | ) | |
| | ) | |
| Donald E. Schulz, et al., | ) | **Plaintiffs' Motion for Leave to File** |
| | ) | ***Instanter* A Sur-Reply** |
| Defendants. | ) | |

Now come plaintiffs, by and through the undersigned counsel, and move this Honorable Court, pursuant to LR 7.1, for an order granting leave to file *instanter* a sur-reply to defendant's reply in support of his second motion for enlargement of time within which to respond to the complaint. The attached sur-reply is extremely brief and addresses only points made in defendant's reply brief. This motion is not made for any purpose of delay.

Respectfully submitted,

Patrick M. McLaughlin (0008190)
John F. McCaffrey (0039486)
Colin R. Jennings (0068704)
McLAUGHLIN & McCAFFREY, LLP
1801 East Ninth Street, Suite 740
Cleveland, Ohio 44114-3198
(216) 623-0900 - Telephone
(216) 623-0935 - Facsimile
pmm@paladin-law.com

ORIGINAL

Ricardo G. Cedillo
Jason R. Cliffe
DAVIS, CEDILLO & MENDOZA
Harte-Hanks Tower, Suite 400
200 Concord Plaza Drive
San Antonio, Texas 78216-6950
(210) 822-6666 - Telephone
(210) 822-1151 - Facsimile

Counsel for plaintiffs

### Brief

Defendant Schulz and his counsel have filed a brief reply in support of defendant's second formal motion for enlargement of time. While plaintiffs do not wish to unduly prolong briefing on a motion for enlargement of time, we do request the opportunity to respond very briefly on the record. Plaintiffs' sur-reply is attached to this motion for leave, the filing of which could not possibly prejudice defendant Schulz.

### Conclusion

For the reasons set forth herein, plaintiffs respectfully request the Court to grant their motion for leave to file plaintiffs' sur-reply to defendant's reply in support of the second motion for enlargement of time within which to respond to the complaint.

Respectfully submitted,

*/s/ Patrick M. McLaughlin*

Patrick M. McLaughlin (0008190)
John F. McCaffrey (0039486)
Colin R. Jennings (0068704)
McLAUGHLIN & McCAFFREY, LLP
1801 East Ninth Street, Suite 740
Cleveland, Ohio 44114-3198
(216) 623-0900 - Telephone
(216) 623-0935 - Facsimile
pmm@paladin-law.com

2

Ricardo G. Cedillo
Jason R. Cliffe
DAVIS, CEDILLO & MENDOZA
Harte-Hanks Tower, Suite 400
200 Concord Plaza Drive
San Antonio, Texas 78216-6950
(210) 822-6666 - Telephone
(210) 822-1151 - Facsimile

Counsel for plaintiffs

## Certificate of Service

A copy of the foregoing Plaintiff's Motion for Leave to File *Instanter* a Sur-Reply has been served by Ordinary U.S. Mail upon Philip J. Weaver, Jr., Smith, Marshall, Weaver & Vergon, counsel for defendant, 500 National City - East Sixth Building, 1965 East Sixth Street, Cleveland, Ohio 44114-2298, on this the 25th day of October, 2000.

Patrick M. McLaughlin