

FILED

00 OCT 25 PM 3: 52

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND



ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Laredo National Bancshares Inc., et al., | ) | Civil Action No. 1:00 CV 2081 |
| | ) | |
| Plaintiffs, | ) | Judge Leslie Brooks Wells |
| | ) | Magistrate Judge Nancy Vecchiarelli |
| vs. | ) | |
| | ) | |
| Donald E. Schulz, et al., | ) | **Plaintiffs' Motion for Leave to File** |
| | ) | ***Instanter* A Sur-Reply** |
| Defendants. | ) | |

Now come plaintiffs, by and through the undersigned counsel, and move this Honorable Court, pursuant to LR 7.1, for an order granting leave to file *instanter* a sur-reply to defendant's reply in support of his second motion for enlargement of time within which to respond to the complaint. The attached sur-reply is extremely brief and addresses only points made in defendant's reply brief. This motion is not made for any purpose of delay.

Respectfully submitted,

Patrick M. McLaughlin (0008190)
John F. McCaffrey (0039486)
Colin R. Jennings (0068704)
McLAUGHLIN & McCAFFREY, LLP
1801 East Ninth Street, Suite 740
Cleveland, Ohio 44114-3198
(216) 623-0900 - Telephone
(216) 623-0935 - Facsimile
pmm@paladin-law.com

ECF 19