

FILED

00 NOV 14 PM 3: 51

NORTHERN DISTRICT OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., | ) ) ) | CASE NO.  00 CV 2081 |
| Plaintiffs, | ) ) | JUDGE WELLS |
| vs. | ) ) ) | <u>NOTICE OF DEFENDANT'S NEW ADDRESS</u> |
| DONALD E.  SCHULZ, | ) ) ) | |
| Defendant. | ) | |

This will give notice of my new address at 39126 Detroit Road, Avon, Ohio 44011.


*Donald E. Schulz*
Donald E. Schulz, Defendant
39126 Detroit Road
Avon, Ohio 44011

## CERTIFICATE OF SERVICE

I have mailed a copy of this Notice of Defendant's New Address to the Plaintiffs' attorney, Patrick M. McLaughlin, Esq., McLaughlin & McCaffrey, LLP, Eaton Center, 1111 Superior Avenue, Suite 1350, Cleveland, Ohio 44114-2500.

_Donald E. Schulz_
Donald E. Schulz, Defendant

_14 November 2000_
Date