

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Laredo National Bancshares Inc., et al., | ) | Case No. 1:00 CV 2081 |
| | ) | |
| Plaintiffs, | ) | Judge Lesley Brooks Wells |
| | ) | Magistrate Judge Nancy Vecchiarelli |
| v. | ) | |
| | ) | **Report of Parties' Planning** |
| Donald E. Schulz, et al., | ) | **Meeting Under Fed. R. Civ. P. 26(f)** |
| | ) | **and LR 16.3(b)(3)** |
| Defendants. | ) | |

ORIGINAL

1. Pursuant to Fed. R. Civ. P. 26(f) and L R 16. 3(b)(3), a meeting was held on November 27, 2000 and counsel participating were Patrick M. McLaughlin, counsel for plaintiffs and Philip J. Weaver, Jr., on behalf of defendant Schulz.

2. The parties:

   \_\_\_\_ have not been required to make initial disclosures

   _XX_ have agreed to exchange the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the Court's prior order.

3. The parties recommend the following track:

   \_\_\_\_ Expedited   \_\_\_\_ Standard   _XX_ Complex

   \_\_\_\_ Administrative   \_\_\_\_ Mass Tort

4.   This case is suitable for one or more of the following Alternative Dispute Resolution (" ADR") mechanisms:

 \_\_\_\_ Early Neutral Evaluation    \_\_\_\_ Mediation    \_\_\_\_ Arbitration

 \_\_\_\_ Summary Jury trial    \_\_\_\_ Summary Bench Trial

 _XX_ Case not suitable for ADR

5.   The parties \_\_\_\_ do / _XX_ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U. S. C. §636(c). [Note: One party is in favor of consenting, the other is not.]

6.   Recommended Discovery Plan:

 a)   Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

Discovery will be sought on the creation, basis and dissemination of the NDIC White Tiger report and executive summary. Discovery will focus on Mr. Schultz and his interactions with NDIC personnel, his receipt of the White Tiger executive summary, and his alleged distribution of that summary. This discovery will require numerous depositions of the governmental employees involved with the creation of the White Tiger report and its executive summary, as well as the internal investigation of the dissemination of the White Tiger executive summary. Depositions of the various reporters who authored articles referencing the contents of the White Tiger executive summary will also be required. It is also anticipated that the parties will conduct discovery on the nature, extent, and amount of damages allegedly suffered as a result of the distribution of the White Tiger executive summary.

    b)    Discovery cut-off date: September 30, 2001

7. Recommended dispositive motion date: October 30, 2001

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: June 1, 2001

9. Recommended date for a Status Hearing: June 30, 2001

10. Other matters for the Court's attention: Motion to intervene as a non-party, filed by Walker F. Todd, is pending before the Court.

Respectfully Submitted,

*/s/ Patrick M. McLaughlin*

Patrick M. McLaughlin    (0008190)
John F. McCaffrey    (0039486)
Colin R. Jennings    (0068704)
McLAUGHLIN & McCAFFREY, LLP
Eaton Center, Suite 1350
1111 Superior Avenue
Cleveland, Ohio 44114-2500
(216) 623-0900 - Telephone
(216) 623-0935 - Facsimile
pmm@paladin-law.com

Ricardo G. Cedillo
Jason R. Cliffe
DAVIS, CEDILLO & MENDOZA
Harte-Hanks Tower, Suite 400
200 Concord Plaza Drive
San Antonio, Texas 78216-6950
(210) 822-6666 - Telephone
(210) 822-1151 - Facsimile

Counsel for Plaintiffs

*/s/ Philip J. Weaver, Jr.* (by consent)

Philip J. Weaver, Jr.    (0025491)
SMITH, MARSHALL, WEAVER & VERGON
500 National City - East Sixth Building
1965 East Sixth Street
Cleveland, Ohio 44114-2298
(216) 781-4994

On behalf of Defendant

3