UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Laredo National Bancshares, INC, ) CASE NO. 1:00 CV 2081
et al.                          )
           Plaintiff            ) JUDGE LESLEY WELLS
                                )
    -vs-                        ) <u>CASE MANAGEMENT PLAN AND</u>
                                ) <u>SCHEDULING NOTICE</u>
Donald E. Schulz                )
           Defendant            )

This matter came on for a Case Management Conference on _12 December 2000_. The following determinations were agreed to by the parties and lead counsel of record, and IT IS ORDERED that:

1. <u>Track Assignment</u>. This case is assigned to the _Standard_ case management track.

2. <u>Electronic Filing</u>. This case:

   ___ is suitable for electronic filing.

   _X_ is not suitable for electronic filing because _pro se parties are not typically given passwords Mr. Schulz has filed an application with the Clerk of Court_.

3. <u>ADR</u>. This case:

   ___ is suitable for reference to an Alternative Dispute Resolution ("ADR") program.

   _X_ is not suitable at this time for reference to an ADR program.

AO 72A
(Rev.8/82)

4. <u>Magistrate Judge</u>. The parties:

_____ consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

__X__ do not consent at this time to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S. C. § 636(c).

5. <u>Discovery Cutoff</u>. All discovery shall be completed by __1 August 2001__. Discovery shall be conducted according to the guidelines set forth in Local Rule 16.2(a)(2) for cases assigned to the __standard__ case management track.

6. <u>Discovery</u>. The parties are reminded of their obligations under Fed. R. Civ. P. 26, as amended; provided, however, that initial disclosures made pursuant to Fed. R. Civ. P. 26(a)(1) need not be filed with the Court. The parties shall comply with Local Rule 37.1 before filing any motion seeking aid from the Court in discovery matters.

7. <u>Filing of Discovery Materials</u>. Unless otherwise ordered by the Court, initial disclosures, discovery depositions, interrogatories, requests for documents, requests for admissions, and answers and responses thereto shall <u>not</u> be filed with the Clerk's Office, except that discovery materials may be filed as evidence in support of a motion or for use at trial.

8. <u>Amendment of Pleadings</u>. Motions for leave to amend pleadings pursuant to Fed. R. Civ. P. 15(a) shall be filed on or before __1 June 2001__.

9. <u>Dispositive Motions</u>. Dispositive motions shall be filed on or before __29 August 2001__; responses by __17 September 2001__, and replies by __27 September 2001__.

10. Page Limitations. Parties shall comply with Local Rule 7.1(g). Memoranda that exceed the page limitation shall not be filed until a motion for permission to file such memoranda is granted. Such motions are rarely granted.

11. Extensions of Time. Before requesting an extension of time, counsel shall request the consent of other parties, and shall state in their written motion whether consent was obtained.

12. Status Conference. A Status Conference is set for 21 June 2001 at 9:00 A.M. in Room 338 United States Court House, 201 Superior Avenue, Cleveland, Ohio. Parties represented by counsel need not attend, but should be available by telephone. If lead counsel is unable to attend and wishes to participate by telephone, a motion must be filed no later than 14 calendar days before the status conference. Motions to continue will not be routinely granted.

13. Final Pretrial Conference. A Final Pretrial Conference is set for Thursday 7 February 2002 at 4:00 P.M. in Room 338 United States Court House, 201 Superior Avenue, Cleveland, Ohio. All parties and lead counsel of record and all persons with full authority to enter into settlement negotiations and binding settlement agreements shall be present.

14. Trial. This case is scheduled for trial on 4 March 2002 at 9:30A.M. Counsel shall appear at least 30 minutes before trial.

15. Witness and Exhibit Lists. Parties shall comply with Fed. R. Civ. P. 26, as amended, regarding disclosure of witnesses and exhibits to be presented at trial. No witness or exhibit will be permitted unless provided to opposing counsel in accordance with Rule 26.

To bring this case to a prompt conclusion, counsel are instructed to confer with each other frequently. The Court expects counsel to respond to each other's telephone or mail messages within 48 hours, except in unique circumstances.

_____
UNITED STATES DISTRICT JUDGE

Acknowledgments:

- 4 -