

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION



| | | |
|---|---|---|
| Laredo National Bancshares Inc., et al., | ) | Civil Action No. 1:00 CV 2081 |
| | ) | |
| Plaintiffs, | ) | Judge Lesley Wells |
| | ) | Magistrate Judge Nancy Vecchiarelli |
| vs. | ) | |
| | ) | |
| Donald E. Schulz, et al., | ) | **Notice of Service** |
| | ) | |
| Defendants. | ) | |

Plaintiff Laredo National Bancshares, Inc. hereby gives notice to the Court that it has served  the original Laredo National Bancshares, Inc's First Set of Requests for Admission, Interrogatories and Requests for Production of Document Propounded to Defendant Donald E. Schulz upon Philip J. Weaver, Jr., Smith, Marshall, Weaver & Vergon, counsel for defendant, in the Courtroom of Judge Lesley Wells  on this  the

12th day of December, 2000.

                    Respectfully submitted,

                    */s/ Patrick M. McLaughlin*

Patrick M. McLaughlin   (0008190)
John F. McCaffrey       (0039486)
Colin R. Jennings        (0068704)
McLAUGHLIN & McCAFFREY, LLP
Eaton Center, Suite 1350
1111 Superior Avenue
Cleveland, Ohio 44114-2500
(216) 623-0900 - Telephone
(216) 623-0935 - Facsimile
pmm@paladin-law.com

Ricardo G. Cedillo
Jason R. Cliffe
DAVIS, CEDILLO & MENDOZA
Harte-Hanks Tower, Suite 400
200 Concord Plaza Drive
San Antonio, Texas 78216-6950
(210) 822-6666 - Telephone
(210) 822-1151 - Facsimile

Counsel for plaintiffs

## Certificate of Service

A copy of the foregoing Notice of Service has been served by hand-delivery upon Philip J. Weaver, Jr., Smith, Marshall, Weaver & Vergon, counsel for defendant, in the Courtroom of Judge Lesley Wells, on this the 12th day of December, 2000.

Patrick M. McLaughlin