FILED

00 DEC 26 PM 1:21

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

JUDGE LESLEY WELLS

ORDER ESTABLISHING TRIAL DOCKET

Listed below are the cases on this Court's trial docket for the month of March, 2002. Counsel will be notified when their case reaches number three. After such notice, counsel should be prepared to begin trial any time following twenty-four hours notice. IT IS THE RESPONSIBILITY OF COUNSEL IN ALL CASES TO CONTACT LYNN CAMPBELL, COURTROOM DEPUTY CLERK, AT (216) 522-0792, TO ASCERTAIN THEIR CURRENT STATUS ON THE TRIAL DOCKET.

Unless counsel are otherwise notified, trial will begin at 9:30 a.m. on Monday, 4 March 2002 or as soon thereafter as possible. Counsel shall appear 30 minutes prior to trial.

1. 1:00cv1740    Eric Smith v. Kevin Coleman
2. 1:00cv2081    Laredo National v. Donald E. Schulz

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE