

FILED
01 JAN 12 PM 3:50

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., | ) ) ) | CASE NO. 00 CV 2081 |
| Plaintiffs, | ) ) | JUDGE WELLS |
| vs. | ) ) ) | NOTICE OF SERVICE |
| DONALD E. SCHULZ, | ) ) | |
| Defendant. | ) | |

Now comes the Defendant, Donald E. Schulz, and hereby gives notice pursuant to Rule 5(D) of the Ohio Rules of Civil Procedure that he has served his Responses to Plaintiffs' First Set of Discovery Demands upon Plaintiffs' counsel on this 12th day of January, 2001.

Respectfully submitted,

_____
Philip J. Weaver, Jr. (0025491)
Smith, Marshall, Weaver & Vergon
500 National City - East Sixth Building
1965 East Sixth Street
Cleveland, Ohio 44114
(216) 781-4994

Attorney for Defendant

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Service has been served by regular U.S. mail, postage prepaid, on this ___11th___ day of January, 2001 upon Patrick M. McLaughlin, Esq., Attorney for Plaintiffs, Eaton Center, 1111 Superior Avenue, Suite 1350, Cleveland, Ohio 44114-2500.

_____
Philip J. Weaver, Jr.