FILED

01 FEB 21 PM 3: 38

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., | ) ) ) | CASE NO. 00 CV 2081 |
| Plaintiffs, | ) ) | JUDGE WELLS |
| vs. | ) ) | NOTICE OF SERVICE |
| DONALD E. SCHULZ, | ) ) | |
| Defendant. | ) | |

Now comes the Defendant, Donald E. Schulz, and hereby gives notice pursuant to Rule 5(D) of the Ohio Rules of Civil Procedure that he has served Defendant's First Set of Written Discovery Demands to Plaintiffs upon Plaintiffs' counsel on this 20th day of February, 2001.

Respectfully submitted,

_____
Philip J. Weaver, Jr. (0025491)
Smith, Marshall, Weaver & Vergon
500 National City - East Sixth Building
1965 East Sixth Street
Cleveland, Ohio 44114
(216) 781-4994

Attorney for Defendant

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Service has been served by regular U.S. mail, postage prepaid, on this 20th day of February, 2001 upon Patrick M. McLaughlin, Esq., Attorney for Plaintiffs, Eaton Center, 1111 Superior Avenue, Suite 1350, Cleveland, Ohio 44114-2500.

_____
Philip J. Weaver, Jr.