FILED
01 MAR 28 PM 2:50
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Laredo National Bancshares Inc., et al., | Civil Action No. 1:00 CV 2081 |
| Plaintiffs, | Judge Lesley Brooks Wells |
| | Magistrate Judge Nancy Vecchiarelli |
| vs. | |
| Donald E. Schulz, et al., | **Notice of Service** |
| Defendants. | |

ORIGINAL

Notice is hereby given to the Court that plaintiffs have served Responses and Objections to Defendant's First Set of Written Discovery Demands to Plaintiffs upon Philip J. Weaver, Jr., Smith, Marshall, Weaver & Vergon, counsel for defendant, 500 National City - East Sixth Building, 1965 East Sixth Street, Cleveland, Ohio 44114-2298, by Ordinary U.S. Mail on the 23rd day of March, 2001.

Respectfully submitted,

*Patrick M. McLaughlin*
Patrick M. McLaughlin (0008190)
John F. McCaffrey (0039486)
Colin R. Jennings (0068704)
McLAUGHLIN & McCAFFREY, LLP
Eaton Center, Suite 1350
1111 Superior Avenue
Cleveland, Ohio 44114-2500
(216) 623-0900 - Telephone
(216) 623-0935 - Facsimile
pmm@paladin-law.com

Ricardo G. Cedillo
Jason R. Cliffe
DAVIS, CEDILLO & MENDOZA
Harte-Hanks Tower, Suite 400
200 Concord Plaza Drive
San Antonio, Texas  78216-6950
(210) 822-6666 - Telephone
(210) 822-1151 - Facsimile

Counsel for plaintiffs

## Certificate of Service

I hereby certify that a copy of the Notice of Service was served by Ordinary U.S. Mail upon Philip J. Weaver, Jr., Smith, Marshall, Weaver & Vergon, counsel for defendant, 500 National City - East Sixth Building, 1965 East Sixth Street, Cleveland, Ohio 44114-2298 on this the 28th day of March, 2001.

Patrick M. McLaughlin