AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

Western DISTRICT OF Pennsylvania

FILED
01 MAR 28 PM 2:50
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Laredo National Bancshares, Inc., et al.

V.

Donald E. Schulz, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  1:00 CV 2081

TO: Kathleen Costlow
c/o National Drug Intelligence Center
Penn Traffic Building
319 Washington Street, 5th Floor
Johnstown, PA  15901-1622

Judge Lesley Brooks Wells

Pending in the Northern District of Ohio

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| National Drug Intelligence Center, Penn Traffic Building 319 Washington Street, 5th Floor, Johnstown, PA  15901-1622 | April 10, 2001 at 9:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects place, date, and time specified below (list documents or objects):

See attached duces tecum

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)     DATE

[signature]     Counsel for Plaintiffs     3/13/01

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Colin R. Jennings, McLaughlin & McCaffrey, LLP, Eaton Center, Suite 1350
1111 Superior Avenue, Cleveland, Ohio  44114-2500  (216) 623-0900

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 3/16/01 | National Drug Intelligence Center<br>Penn Traffic Building<br>319 Washington Street, 5th Floor<br>Washington, D.C. 15901-1622 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Manny Rodriguez, Esq., General Counsel, NDIC by agreement of counsel for plaintiffs and counsel for the government | Certified Mail, Return Receipt Requested |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Colin R. Jennings, Esq. | Counsel for Plaintiffs |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 3/28/01
DATE

SIGNATURE OF SERVER

McLaughlin & McCaffrey, LLP
Eaton Center, Suite 1350
1111 Superior Avenue
Cleveland, Ohio 44114-2500
(216) 623-0900

ADDRESS OF SERVER

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☒ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Manny Rodriguez, Esq.
General Counsel
National Drug Intelligence Center
Penn Traffic Building
319 Washington Street, 5th Floor
Washington, D.C. 15901-1622

4a. Article Number
Z 095 244 734

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery
3/16/01

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form **3811**, December 1994    102595-97-B-0179    Domestic Return Receipt

## Issued by the
# UNITED STATES DISTRICT COURT

Western DISTRICT OF Pennsylvania

FILED
01 MAR 28 PM 2: 50
CLERK U.S....
NORTHERN DISTRICT OF OHIO

Laredo National Bancshares, Inc., et al.

V.

Donald E. Schulz, et al.

## SUBPOENA IN A CIVIL CASE

Case Number:[1] 1:00 CV 2081

Judge Lesley Brooks Wells

Pending in the Northern District of Ohio

TO: Robert Collins
c/o National Drug Intelligence Center
Penn Traffic Building
319 Washington Street, 5th Floor
Johnstown, PA  15901-1622

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| National Drug Intelligence Center, Penn Traffic Building 319 Washington Street, 5th Floor, Johnstown, PA  15901-1622 | April 11, 2001 at 1:30 p.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached duces tecum

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Counsel for Plaintiffs | 3/13/01 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Colin R. Jennings, McLaughlin & McCaffrey, LLP, Eaton Center, Suite 1350
1111 Superior Avenue, Cleveland, Ohio  44114-2500    (216) 623-0900

[1] If action is pending in district other than district of issuance, state district under case number.

36

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 3/16/01 | National Drug Intelligence Center<br>Penn Traffic Building<br>319 Washington Street, 5th Floor<br>Washington, D.C. 15901-1622 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Manny Rodriguez, Esq., General Counsel, NDIC by agreement of counsel for plaintiffs and counsel for the government | Certified Mail, Return Receipt Requested |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Colin R. Jennings, Esq. | Counsel for Plaintiffs |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  3/28/01
DATE

SIGNATURE OF SERVER

McLaughlin & McCaffrey, LLP
Eaton Center, Suite 1350
1111 Superior Avenue
Cleveland, Ohio   44114-2500
(216) 623-0900

ADDRESS OF SERVER

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☒ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

| 3. Article Addressed to:<br>Manny Rodriguez, Esq.<br>General Counsel<br>National Drug Intelligence Center<br>Penn Traffic Building<br>319 Washington Street, 5th Floor<br>Washington, D.C.  15901-1622 | 4a. Article Number<br>Z 095 244 734 |
|---|---|
| | 4b. Service Type<br>☐ Registered ☒ Certified<br>☐ Express Mail ☐ Insured<br>☐ Return Receipt for Merchandise ☐ COD |
| | 7. Date of Delivery<br>3/16/01 |
| 5. Received By: (Print Name) | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature: (Addressee or Agent)<br>X | |

PS Form 3811, December 1994     102595-97-B-0179     **Domestic Return Receipt**

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

## Issued by the
# UNITED STATES DISTRICT COURT

Western _____ DISTRICT OF _____ Pennsylvania

Laredo National Bancshares, Inc., et al.

V.

Donald E. Schulz, et al.

**SUBPOENA IN A CIVIL CASE**

01 MAR 28 PM 2:50

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Case Number:[1]  1:00 CV 2081

Judge Lesley Brooks Wells

Pending in the Northern District of Ohio

TO: Michael T. Horn
c/o National Drug Intelligence Center
Penn Traffic Building
319 Washington Street, 5th Floor
Johnstown, PA 15901-1622

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| National Drug Intelligence Center, Penn Traffic Building 319 Washington Street, 5th Floor, Johnstown, PA 15901-1622 | April 12, 2001 at 9:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects place, date, and time specified below (list documents or objects):

See attached duces tecum

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Counsel for Plaintiffs | 3/13/01 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Colin R. Jennings, McLaughlin & McCaffrey, LLP, Eaton Center, Suite 1350
1111 Superior Avenue, Cleveland, Ohio 44114-2500  (216) 623-0900

[1] If action is pending in district other than district of issuance, state district under case number.

36

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 3/16/01 | National Drug Intelligence Center<br>Penn Traffic Building<br>319 Washington Street, 5th Floor<br>Washington, D.C.   15901-1622 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Manny Rodriguez, Esq., General Counsel, NDIC by agreement of counsel for plaintiffs and counsel for the government | Certified Mail, Return Receipt Requested |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Colin R. Jennings, Esq. | Counsel for Plaintiffs |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  3/28/01
DATE

SIGNATURE OF SERVER

McLaughlin & McCaffrey, LLP
Eaton Center, Suite 1350
1111 Superior Avenue
Cleveland, Ohio   44114-2500
(216)   623-0900

ADDRESS OF SERVER

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☒ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

| 3. Article Addressed to:<br>Manny Rodriguez, Esq.<br>General Counsel<br>National Drug Intelligence Center<br>Penn Traffic Building<br>319 Washington Street, 5th Floor<br>Washington, D.C.   15901-1622 | 4a. Article Number<br>Z 095 244 734 |
|---|---|
| | 4b. Service Type<br>☐ Registered      ☒ Certified<br>☐ Express Mail      ☐ Insured<br>☐ Return Receipt for Merchandise  ☐ COD |
| | 7. Date of Delivery<br>3/16/01 |
| 5. Received By: (Print Name) | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature: (Addressee or Agent)<br>X | |

PS Form 3811, December 1994        102595-97-B-0179    **Domestic Return Receipt**

## Issued by the
## UNITED STATES DISTRICT COURT

| Western | DISTRICT OF | Pennsylvania |

01 MAR 28 PM 2:50

Laredo National Bancshares, Inc., et al.

### SUBPOENA IN A CIVIL CASE

V.

Donald E. Schulz, et al.

Case Number:[1]   1:00 CV 2081

TO: Margaret Potter
c/o National Drug Intelligence Center
Penn Traffic Building
319 Washington Street, 5th Floor
Johnstown, PA   15901-1622

Judge Lesley Brooks Wells

Pending in the Northern District of Ohio

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| National Drug Intelligence Center, Penn Traffic Building 319 Washington Street, 5th Floor, Johnstown, PA   15901-1622 | April 11, 2001 at 9:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects place, date, and time specified below (list documents or objects):

See attached duces tecum

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]   Counsel for Plaintiffs | 3/13/01 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Colin R. Jennings, McLaughlin & McCaffrey, LLP, Eaton Center, Suite 1350
1111 Superior Avenue, Cleveland, Ohio  44114-2500   (216) 623-0900

36

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 3/16/01 | National Drug Intelligence Center<br>Penn Traffic Building<br>319 Washington Street, 5th Floor<br>Washington, D.C.   15901-1622 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Manny Rodriguez, Esq., General Counsel, NDIC by agreement of counsel for plaintiffs and counsel for the government | Certified Mail, Return Receipt Requested |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Colin R. Jennings, Esq. | Counsel for Plaintiffs |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  3/28/01
           DATE

SIGNATURE OF SERVER

McLaughlin & McCaffrey, LLP
Eaton Center, Suite 1350
1111 Superior Avenue
Cleveland, Ohio   44114-2500
(216)  623-0900

ADDRESS OF SERVER

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☒ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

| 3. Article Addressed to:<br>Manny Rodriguez, Esq.<br>General Counsel<br>National Drug Intelligence Center<br>Penn Traffic Building<br>319 Washington Street, 5th Floor<br>Washington, D.C.   15901-1622 | 4a. Article Number<br>Z 095 244 734 |
|---|---|
| | 4b. Service Type<br>☐ Registered    ☒ Certified<br>☐ Express Mail    ☐ Insured<br>☐ Return Receipt for Merchandise   ☐ COD |
| | 7. Date of Delivery<br>3/16/01 |
| 5. Received By: (Print Name) | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature: (Addressee or Agent)<br>X [signature] | |

PS Form **3811**, December 1994     102595-97-B-0179     Domestic Return Receipt

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

Western DISTRICT OF ~~FILED~~ Pennsylvania

Laredo National Bancshares, Inc., et al.

01 MAR 28 PM 2:50

CLERK **SUBPOENA IN A** CIVIL CASE
NORTHERN DISTRICT OF OHIO

V.

Donald E. Schulz, et al.

Case Number:[1]  1:00 CV 2081

TO:  Ronald Strong
c/o National Drug Intelligence Center
Penn Traffic Building
319 Washington Street, 5th Floor
Johnstown, PA  15901-1622

Judge Lesley Brooks Wells

Pending in the Northern District of Ohio

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| National Drug Intelligence Center, Penn Traffic Building 319 Washington Street, 5th Floor, Johnstown, PA  15901-1622 | April 10, 2001 at 1:30 p.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached duces tecum

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]  Counsel for Plaintiffs | 3/13/01 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Colin R. Jennings, McLaughlin & McCaffrey, LLP, Eaton Center, Suite 1350
1111 Superior Avenue, Cleveland, Ohio  44114-2500   (216) 623-0900

[1] If action is pending in district other than district of issuance, state district under case number.

36

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 3/16/01 | National Drug Intelligence Center<br>Penn Traffic Building<br>319 Washington Street, 5th Floor<br>Washington, D.C.  15901-1622 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Manny Rodriguez, Esq., General Counsel, NDIC by agreement of counsel for plaintiffs and counsel for the government | Certified Mail, Return Receipt Requested |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Colin R. Jennings, Esq. | Counsel for Plaintiffs |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   3/28/01
              DATE

SIGNATURE OF SERVER

McLaughlin & McCaffrey, LLP
Eaton Center, Suite 1350
1111 Superior Avenue
Cleveland, Ohio   44114-2500
(216)  623-0900

ADDRESS OF SERVER

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☒ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

| 3. Article Addressed to:<br>Manny Rodriguez, Esq.<br>General Counsel<br>National Drug Intelligence Center<br>Penn Traffic Building<br>319 Washington Street, 5th Floor<br>Washington, D.C.  15901-1622 | 4a. Article Number<br>Z 095 244 734 |
|---|---|
| | 4b. Service Type<br>☐ Registered   ☒ Certified<br>☐ Express Mail   ☐ Insured<br>☐ Return Receipt for Merchandise   ☐ COD |
| | 7. Date of Delivery<br>3/16/01 |
| 5. Received By: (Print Name) | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature: (Addressee or Agent)<br>X [signature] | |

PS Form 3811, December 1994    102595-97-B-0179    **Domestic Return Receipt**