MINUTES OF PROCEEDINGS          UNITED STATES DISTRICT COURT
                                Northern District of Ohio, Eastern Division

| | |
|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al.<br><br><br><br>Plaintiff(s)<br><br>vs.<br><br><br>DONALD E. SCHULZ<br><br>Defendant(s) | DATE: 21 June 2001<br><br>JUDGE LESLEY WELLS<br><br>CASE NO. 1: 00 CV 2081<br><br>COURT  REPORTER: --- |

**ATTORNEY(S) FOR PLAINTIFF(S)**          **ATTORNEY(S) FOR DEFENDANT(S)**

Patrick McLaughlin                        Phil Weaver
Colin Jennings
Jason Cliffe (via telephone)

**TYPE OF PROCEEDING:** Status conference

**MINUTES**: A status conference was held on 21 June 2001.  Plaintiffs have already taken several depositions.  However, because many of the deponents are government employees, the procedure for scheduling the deposition according to the Code of Federal Regulations often takes two months.  Both parties agreed that although substantial discovery has been conducted, the involvement of the government in the case has slowed down discovery. Therefore, the parties will file a joint motion for extension of discovery deadline.  Plaintiffs explained that they have filed a case in Laredo, Texas against the NDIC and DOJ. Defendant may file a motion to consolidate the cases.

/s/ Maureen Jeffreys
Courtroom Deputy Clerk