# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Laredo National Bancshares Inc., et al., ) | Civil Action No. 1:00 CV 2081 |
| ) | |
| Plaintiffs, ) | Judge Lesley Wells |
| ) | Magistrate Judge Nancy Vecchiarelli |
| vs. ) | |
| ) | |
| Donald E. Schulz, et al., ) | **Notice of Manual Filing** |
| ) | |
| Defendants. ) | |

Please take notice that plaintiffs manually filed the following document, original affidavit of Joaquin G. Cigarroa, III in support of plaintiffs' motion for leave to file *instanter* a sur-reply to defendant's reply to plaintiffs' brief in opposition to defendant Schulz' motion to add new party plaintiff on July 13, 2001.

The electronic version of the document has been served on all parties by operation of the Court's electronic filing system.

          Respectfully submitted,

           s/  Patrick M. McLaughlin
          Patrick M. McLaughlin   (0008190)
          John F. McCaffrey      (0039486)
          Colin R. Jennings       (0068704)
          McLAUGHLIN & McCAFFREY, LLP
          Eaton Center, Suite 1350
          1111 Superior Avenue
          Cleveland, Ohio 44114-2500
          (216) 623-0900  - Telephone
          (216) 623-0935  - Facsimile

pmm@paladin-law.com

Ricardo G. Cedillo
Jason R. Cliffe
DAVIS, CEDILLO & MENDOZA
Harte-Hanks Tower, Suite 400
200 Concord Plaza Drive
San Antonio, Texas 78216-6950
(210) 822-6666 - Telephone
(210) 822-1151 - Facsimile

Counsel for plaintiffs

**Certificate of Service**

I hereby certify that a copy of the foregoing Notice of Manual Filing was filed electronically. Notice of this filing was originally sent to the Court and all parties by operation of the Court's electronic filing system on this the  18th  day of July, 2001.

                                           s/ Patrick M. McLaughlin
                                           Patrick M. McLaughlin