# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Laredo National Bancshares Inc., et al., | ) | Civil Action No. 1:00 CV 2081 |
| | ) | |
| Plaintiffs, | ) | Judge Lesley Brooks Wells |
| | ) | Magistrate Judge Nancy Vecchiarelli |
| vs. | ) | |
| | ) | |
| Donald E. Schulz, et al., | ) | **Plaintiffs' Sur-Reply to Defendant's** |
| | ) | **Reply to Plaintiffs' Brief In Opposition** |
| Defendants. | ) | **to Defendant Schulz' Motion to Add** |
| | ) | **New Party Plaintiff** |

## Preliminary Statement

Schulz' reply contains numerous incorrect statements of fact that must be corrected.

## Analysis

Defendant's reply brief includes numerous factual misstatements regarding the relationship between Carlos Hank Rhon, Laredo National Bancshares, Inc.(LNBI), and Laredo National Bank (LNB).

Schulz' reply argues that Carlos Hank Rhon is an officer and controlling owner of a U.S. corporation-- LNBI (p.2); has a direct financial interest in LNBI and LNB (p.2); is the controlling owner, head and leader of LNBI (p.3); and is the controlling owner and Chairman of the Board of LNB (p.4). None of these assertions are accurate.

Mr. Hank is not and has never been an officer of LNB or LNBI. Nor is he the controlling owner of LNB or LNBI. The controlling owner of LNBI is Incus, Ltd., of which Mr. Hank owns all of the outstanding shares. Mr. Hank has never been a Director or the Chairman of the Board of LNB. He formerly served as the Chairman of the Board of LNBI, a Texas corporation. However, this was a non-executive position and Mr. Hank assumed no management duties. Mr. Hank has no direct financial interest in LNBI or LNB. *See* Affidavit of Joaquin G. Cigarroa, III, attached hereto and incorporated herein by reference.

Defendant Schulz' reply brief does not contain any case law citations. Therefore, plaintiffs will not re-brief the legal issues which are comprehensively set forth in plaintiffs' brief in opposition. The lack of case law citations by defendant Schulz is a further indication of the lack of merit of the arguments he presents.

## Conclusion

For the reasons set forth herein, and in plaintiffs' brief in opposition to the motion to add new party plaintiff, plaintiffs respectfully request this Court to deny defendant's motion to add new party plaintiff.

Respectfully submitted,

s/ Patrick M. McLaughlin
Patrick M. McLaughlin (0008190)
John F. McCaffrey (0039486)
Colin R. Jennings (0068704)
McLAUGHLIN & McCAFFREY, LLP
1801 East Ninth Street, Suite 740
Cleveland, Ohio 44114-3198
(216) 623-0900 - Telephone
(216) 623-0935 - Facsimile
pmm@paladin-law.com

Ricardo G. Cedillo
Jason R. Cliffe
DAVIS, CEDILLO & MENDOZA
Harte-Hanks Tower, Suite 400
200 Concord Plaza Drive
San Antonio, Texas 78216-6950
(210) 822-6666 - Telephone
(210) 822-1151 - Facsimile

Counsel for plaintiffs

## Certificate of Service

A copy of the foregoing Plaintiffs' Brief in Support of Motion for Leave to File *Instanter* a Sur-Reply to Defendant's Reply to Plaintiffs' Brief in Opposition to Defendant Schulz Motion to Add New Party Plaintiff was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system on this the 13th day of July, 2001. Parties may access this filing through the Court's system.

                                              s/ Patrick M. McLaughlin
                                              Patrick M. McLaughlin

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Laredo National Bancshares Inc., et al., ) | Civil Action No. 1:00 CV 2081 |
| Plaintiffs, ) | |
| ) | Judge Leslie Wells |
| ) | Magistrate Judge Nancy Vecchiarelli |
| vs. ) | |
| ) | |
| Donald E. Schulz, et al., ) | **Affidavit of Joaquin G. Cigarroa, III in Support of Plaintiffs' Sur-Reply to** |
| Defendants. ) | **Defendant's Reply to Plaintiffs' Brief in Opposition To Defendant Shulz' Motion to Add New Party Plaintiff** |

State of Texas       )
                     )  ss.
County of Webb       )

I, Joaquin G. Cigarroa, III, being first duly sworn according to law, deposed and stated as follows:

1. My name is Joaquin G. Cigarroa, III. I am over the age of 21, competent to make this Affidavit, and have personal knowledge of each matter stated herein. The matters contained in this Affidavit are true and correct based upon my personal knowledge.

2. I am the Executive Vice-President and a Director of Laredo National Bancshares, Inc. (LNBI) and the Chief Operating Officer of The Laredo National Bank (LNB).

3. I have reviewed the Defendant's Reply to Plaintiffs' Brief in Opposition to Defendant Schulz's Motion to Add New Party Plaintiff in this case and it contains several

1

factual errors concerning the relationships between LNBI, LNB and Carlos Hank Rhon ("Mr. Hank").

4. Mr. Hank is not now and has never been an officer of LNBI or LNB.

5. Mr. Hank is not now and has never been a director of LNB.

6. Mr. Hank was a director of LNBI but is not presently a director of LNBI.

7. Assuming Schulz is referring to LNBI as "a U.S. corporation," Incus, Ltd. is the controlling shareholder.

8. Incus, Ltd owns 71% of LNBI.

9. Mr. Hank owns 100% of Incus, Ltd.

10. Mr. Hank is not individually a shareholder in LNB or LNBI.

11. Mr. Hank has never been the Chairman of the Board of LNB, rather he was previously Chairman of the Board of LNBI, a Texas corporation, which was a non-executive position and assumed no management duties.

12. Mr. Hank has no direct financial interest in LNB and LNBI.

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*

Joaquin G. Cigarroa, III

SWORN TO BEFORE ME and subscribed in my presence, this the 12th day of July, 2001.

Notary Public *[signature: Olga A. Guzman]*

OLGA A. GUZMAN
Notary Public
My Commission Expires
MAR. 15, 2003

2