FILED

01 JUL 27 PM 4: 19

NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al. | ) CASE NO. 1: 00 CV 2081 ) ) |
| Plaintiffs | ) JUDGE LESLEY WELLS ) |
| -vs- | ) ) <u>ORDER OF REFERENCE FOR REPORT</u> |
| DONALD E. SCHULZ | ) <u>AND RECOMMENDATION REGARDING</u> ) <u>MOTION TO ADD NEW PARTY</u> |
| Defendant | <u>PLAINTIFF</u> |

Defendant Donald E. Schulz has filed a motion to add a new party plaintiff. This matter is referred to United States Magistrate Judge Nancy A. Vecchiarelli pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1. Magistrate Judge Vecchiarelli shall consider the motion and shall file a report and recommendation for its disposition.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE