

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al. | ) CASE NO. 1: 00 CV 2081 ) ) |
| Plaintiffs | ) JUDGE LESLEY WELLS ) |
| -vs- | ) ) ORDER OF REFERENCE FOR REPORT |
| DONALD E. SCHULZ, et al. | ) AND RECOMMENDATION REGARDING ) PLAINTIFFS' MOTION TO DISMISS |
| Defendants | ) COUNTERCLAIM ) |

Plaintiffs Laredo National Bancshares, Inc., Laredo National Bank, and Gary G. Jacobs have filed a motion to dismiss defendant Donald E. Schulz's counterclaim. This matter is referred to United States Magistrate Judge Nancy A. Vecchiarelli pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1. Magistrate Judge Vecchiarelli shall consider the motion and shall file a report and recommendation for its disposition.

IT IS SO ORDERED.

*[signature]*
UNITED STATES DISTRICT JUDGE