# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LAREDO NATIONAL, BANCSHARES, INC., *et al.*, | ) CASE NO. 1:00 CV 2081 |
| | ) |
| | ) JUDGE WELLS |
| Plaintiff, | ) |
| v. | ) MAGISTRATE JUDGE VECCHIARELLI |
| | ) |
| DONALD E. SCHULZ, *et al.*, | ) |
| | ) |
| Defendant. | ) TERMINATION ORDER |

This matter was referred to the Magistrate Judge for Report and Recommendation on Plaintiff's Motion to Dismiss Counterclaim. (Doc. No. 46.) This matter has now been concluded, therefore;

IT IS ORDERED that the case referral order is hereby terminated and the matter is returned to Judge Wells.

/s/ Nancy A. Vecchairelli
Nancy Vecchiarelli
U.S. Magistrate Judge

Date: October 15, 2001