**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Laredo National Bancshares Inc., et al., | ) | Civil Action No. 1:00 CV 2081 |
| | ) | |
| Plaintiffs, | ) | Judge Lesley Wells |
| | ) | Magistrate Judge Nancy Vecchiarelli |
| vs. | ) | |
| | ) | |
| Donald E. Schulz, et al., | ) | **Notice of Address Change** |
| | ) | |
| Defendants. | ) | |

Please take notice that effective immediately, co-counsel for plaintiffs in the captioned

matter will be relocating to new office space:

> **Ricardo G. Cedillo, Esq.**
> **Jason R. Cliffe, Esq.**
> **David, Cedillo & Mendoza, Inc.**
> **McCombs Plaza, Suite 500**
> **755 E. Mulberry Avenue**
> **San Antonio, Texas  78212**
> **Telephone:  (210) 822-6666**
> **Telecopier:  (210) 822-1151**

Patrick M. McLaughlin        (0008190)
John F. McCaffrey        (0039486)
Colin R. Jennings        (0068704)
McLAUGHLIN & McCAFFREY, LLP
Eaton Center
1111 Superior Avenue, Suite 1350
Cleveland, Ohio 44114-2500
(216) 623-0900 - Telephone
(216) 623-0935 - Facsimile
pmm@paladin-law.com

Ricardo G. Cedillo
Jason R. Cliffe
David, Cedillo & Mendoza, Inc.
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas   78212
Telephone:   (210) 822-6666
Telecopier:   (210) 822-1151

Counsel for plaintiffs

## Certificate of Service

A copy of the foregoing Notice of Address Change was filed electronically.   Notice of this filing will be sent to all parties by operation of the Court's electronic filing system on this the ____ day of October, 2001.  Parties may access this filing through the Court's system.

 s/ Patrick M. McLaughlin
Patrick M. McLaughlin

3