# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., | ) ) ) | CASE NO. 1:00CV2081 |
| Plaintiffs, | ) ) ) | MAGISTRATE JUDGE VECCHIARELLI |
| vs. | ) ) | NOTICE OF TYPOGRAPHICAL ERROR IN DEFENDANT'S |
| DONALD E. SCHULZ, | ) ) | OBJECTIONS TO MAGISTRATE JUDGE'S OCTOBER 15, 2001 |
| Defendant. | ) ) | REPORT AND RECOMMENDATION |

Defendant gives notice of the following typographical error appearing in his Objections to Magistrate Judge's October 15, 2001 Report and Recommendation at page 2 under Abuse of Process, fifth line down, last word "improper" should read "proper."

Respectfully submitted,

s/ Philip J. Weaver, Jr.
Philip J. Weaver, Jr. (0025491)
Smith, Marshall, Weaver & Vergon
500 National City-E. 6th Bldg.
1965 East 6th Street
Cleveland, Ohio 44114
(216) 781-4994 FAX: (216) 781-9448
pjw@smithmarshall.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2001 a copy of the foregoing Notice of Typographical Error in Defendant's Objections to Magistrate Judge's October 15, 2001 Report And Recommendation was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, a copy of the foregoing document was served by first class U.S. mail, postage prepaid, this 1st day of November, 2001 upon Patrick M. McLaughlin, Esq., Attorney for Plaintiff, David, Cedillo & Mendoza, Inc., McCombs Plaza, Suite 500, 755 E. Mulberry Avenue, San Antonio, Texas 78212.

s/ Philip J. Weaver, Jr.
Philip J. Weaver, Jr.