UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., | ) | JUDGE LESLEY WELLS |
| | ) | |
| | ) | CASE NO. 1: 00 CV 2081 |
| Plaintiffs | ) | |
| | ) | |
| -vs- | ) | ORDER DENYING DEFENDANT'S |
| | ) | MOTION TO ADD A NEW PARTY |
| DONALD E. SCHULZ, et al., | ) | PLAINTIFF |
| | ) | |
| Defendants | ) | |

On 1 June 2001, Donald Schulz filed a Motion to Add a New Party Plaintiff. In his motion, Mr. Schulz argues that Carlos Hank Rhon is the true party in interest whose absence as a named party in this litigation greatly injures Mr. Schulz's ability to meaningfully adjudicate the matter.

The Court referred this matter to United States Magistrate Judge Nancy A. Vecchiarelli to file a report and recommendation.  Magistrate Judge Vecchiarelli filed her report and recommendation on 31 August 2001, recommending the Court deny defendant Schulz's Motion to Add a New Party Plaintiff.

None of the parties have objected to the Magistrate Judge's report and recommendation.  Therefore, it must be assumed that the parties are satisfied with it. Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources.  Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  Accordingly, the Magistrate Judge's recommendation is adopted, and defendant Schulz's Motion to Add a New Party Plaintiff is denied.

IT IS SO ORDERED.


/s/ Lesley Wells\
UNITED STATES DISTRICT JUDGE

2