# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., | ) ) ) | CASE NO. 1:00CV2081 |
| | ) | JUDGE LESLEY WELLS |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | DEFENDANT'S BRIEF IN OPPOSITION TO PLAINTIFFS' |
| DONALD E. SCHULZ, | ) ) | EXPEDITED BRIEFING REQUEST REGARDING PLAINTIFFS' |
| Defendant. | ) ) | MOTION TO COMPEL DISCOVERY |

Plaintiffs have filed a motion to compel discovery and contemporaneous therewith have requested an expedited briefing schedule that would require Defendant to respond to the motion to compel by April 11, 2002. Defendant is not now ready or able to respond to Plaintiffs' motion to compel and objects to the request for an expedited briefing schedule.

The motion to compel was electronically filed on April 5, 2002 while the undersigned was out the office on vacation. Upon returning to the office on Monday, April 8, the undersigned began preparation of a motion for summary judgment in the case of *Wilson v. Village of Lordstown, et al.* pending in the Trumbull County Court of Common Pleas bearing Case Number 2001 CV 1397. This summary judgment motion is due Friday, April 12, 2002. In addition, the undersigned is defending depositions of the Mayor and

former Fire Chief of the Village of Lordstown being taken in Warren, Ohio on April 10, 2002.  Consequently, the undersigned has no opportunity to prepare a response to Plaintiffs' motion to compel within the requested expedited timeframe.

Local Court Rules permit Defendant ten days excluding intermediate weekends and holidays within which to respond to the motion to compel, which would require Defendant to respond on or before April 19, 2002.  During the week ending April 19, 2002, the undersigned has four depositions scheduled that will make compliance with the April 19 deadline difficult at best.  Consequently, Defendant may be requesting an extension of time within which to respond to Plaintiffs' motion to compel, but the undersigned will do the best he can to comply with the Local Rule requirement of responding within ten days.

For the aforementioned reasons, Defendant respectfully requests that the court not impose an expedited briefing schedule with respect to Plaintiffs' motion to compel.

Respectfully submitted,

s/ Philip J. Weaver, Jr.
Philip J. Weaver, Jr. (0025491)
Smith, Marshall, Weaver & Vergon
500 National City-E. 6th Bldg.
1965 East 6th Street
Cleveland, Ohio 44114
(216) 781-4994 FAX: (216) 781-9448
pjw@smithmarshall.com

Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2002 a copy of the foregoing Defendant's Brief in Opposition to Plaintiffs' Expedited Briefing Request Regarding Plaintiffs' Motion to Compel Discovery was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                s/ Philip J. Weaver, Jr.
                                                Philip J. Weaver, Jr.