

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., | ) ) | Civil Action No. 1:00-2081 |
| | ) | Judge Lesley Wells |
| Plaintiffs, | ) ) | Magistrate Judge Nancy Vecchiarelli |
| v. | ) ) | NOTICE OF NON-PARTY UNITED STATES' INTENTION TO OPPOSE |
| DONALD E. SCHULZ, | ) ) | PLAINTIFFS' EXPEDITED MOTION TO COMPEL |
| Defendant. | ) | |

Non-Party United States hereby submits this Notice to advise the Court of its intention to file an opposition to Plaintiff's Expedited Motion to Compel [#64] in order to assert the interests of the United States in this matter. Such interests include various governmental privileges with respect to certain documents which are the subject of Plaintiffs' motion to compel. The United States hopes that the Court will afford it an opportunity to be heard on this important issue. To that end, we respectfully note our opposition to Plaintiff's request for an expedited briefing schedule. The United States only became aware of the Plaintiffs' motion on April 9, 2002, when it received a copy from the Plaintiffs via U.S. Mail, and needs at least the full time allotted under

the local rules to obtain clearance to file a motion to intervene for the limited purpose of asserting its privileges and to prepare an appropriate response.

          Respectfully submitted,

          ROBERT D. McCALLUM, JR.
          Assistant Attorney General

          ANNE L. WEISMANN (DC Bar # 298190)
          Assistant Branch Director

          _____
          GILLIAN FLORY (Maryland Bar)
          SARA W. CLASH-DREXLER (PA Bar #86517)
          U.S. Department of Justice
          Civil Division, Federal Programs Branch
          P.O. Box 883
          Washington, DC 20044
          Ph. (202) 514-4505
          Fax (202) 616-8460
          gillian.flory@usdoj.gov

Dated: April 11, 2002          Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF NON-PARTY UNITED STATES' INTENTION TO OPPOSE PLAINTIFFS' EXPEDITED MOTION TO COMPEL was served by facsimile and First Class Mail, postage prepaid, this 11th day of April, 2002, on:

Patrick M. McLaughlin, Esq.
McLaughlin & McCaffrey, LLP
Eaton Center, Suite 1350
1111 Superior Avenue
Cleveland, OH 44114-2500

Phillip Weaver, Esq.
Smith, Marshall, Weaver and Vergon
500 National City East Sixth Building
1965 East Sixth Street
Cleveland, Ohio 44114

_____
GILLIAN FLORY