*[Handwritten note in left margin, vertical:]* Granted: depositions/motions to be filed on or about 23 August 2002, responses by 13 September 2002, reply briefs by 25 September 2002. Dispositive motions/briefing order modified. *[Signed]* Lesley Wells 5/10/02

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| Laredo National Bancshares Inc., et al., | ) | Civil Action No. 1:00 CV 2081 |
| Plaintiffs, | ) ) | Judge Lesley Wells |
| | ) | Magistrate Judge Nancy Vecchiarelli |
| vs. | ) ) | |
| Donald E. Schulz, et al., | ) ) | **Joint Motion for Enlargement of Time** |
| | ) | **Within Which to Complete Discovery** |
| Defendants. | ) | |

Now come the parties, by and through their respective counsel, and move this Court, pursuant to Fed. R. Civ. P. 6(b)(1) and LR 7.1, for an order enlarging the time within which discovery may be completed until July 30, 2002. The parties also request that the dispositive motion briefing schedule be amended as follows: dispositive motions to be filed on or about August 23, 2002; responses by September 13, 2002; and reply briefs by September 25, 2002. In addition, for the reasons set forth in the attached brief in support of this motion, the parties request a new trial date to be set at a status conference