UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., ET AL. | ) ) ) ) | CASE NO.  1:00 CV 2081 |
| Plaintiffs | ) ) | JUDGE LESLEY WELLS |
| -vs- | ) ) | |
| DONALD E. SCHULZ, ET AL. | ) ) | ORDER OF REFERRAL |
| Defendants | ) | |

This case is before the Court on Plaintiff's Expedited Motion to Compel, United States' Motion for Protective Order, and Plaintiff's Motion to Hold the Government's Motion for Protective Order in Abeyance.

These matters are referred to United States Magistrate Judge Nancy A. Vecchiarelli pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 72.1.  Magistrate

Judge Vecchiarelli shall consider the motions and shall file a report and recommendation for their disposition.

       IT IS SO ORDERED.

                                            /s/ Lesley Wells
                                            UNITED STATES DISTRICT JUDGE