# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, | ) | CASE NO: 1:00CV2081 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | JUDGE WELLS |
| | ) | |
| vs. | ) | |
| | ) | MAGISTRATE JUDGE VECCHIARELLI |
| | ) | |
| | ) | |
| DONALD E. SCHULZ, | ) | |
| et al., | ) | |
| Defendant(s). | ) | **NOTICE** |

**TAKE NOTICE** this case is **SCHEDULED** for a **CONFERENCE** on **Friday, June 28, 2002 at 2:00 p.m.,** before the Honorable Nancy Vecchiarelli, United States Magistrate Judge in Room 430, United States District Court, 201 Superior Avenue, Cleveland, Ohio, 44114.

Lead counsel for plaintiff(s) and defendant(s) are required to attend.  Washington, D.C. counsel for the government may attend by telephone as long as a local representative is present in person .  Counsel shall be prepared to discuss discovery issues in detail.

By    GERI M. SMITH
Clerk of Court


/s/ Marsha McDowell
Marsha McDowell
Courtroom Deputy
(216) 522-2502


Date: June 25, 2002