UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


LAREDO NATIONAL BANCSHARES,   )   CASE NO.  1:00 CV 2081
INC., ET AL.   )
  )
  )
                Plaintiffs   )   JUDGE LESLEY WELLS
  )
  -vs-   )
  )
DONALD E. SCHULZ, ET AL.   )   <u>ORDER OF REFERRAL</u>
  )
            Defendants  )


       On 3 June 2002, this Court referred Plaintiff's Expedited Motion to Compel, United

States' Motion for Protective Order, and Plaintiff's Motion to Hold the Government's

Motion for Protective Order in Abeyance to United States Magistrate Judge Nancy A.

Vecchiarelli for consideration and a Report and Recommendation (R&R).  After meeting

with the parties, Magistrate Judge Vecchiarelli has informed the Court that the parties

have additional discovery disputes to be resolved.

Therefore, all discovery matters in this case are referred to Magistrate Judge Vecchiarelli pursuant to Local Civil Rule 37.1 for the limited purpose of scheduling discovery and resolving discovery disputes.

IT IS SO ORDERED.

/s/ Lesley Wells
UNITED STATES DISTRICT JUDGE

2