# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

## MINUTES OF PROCEEDINGS--CIVIL

LAREDO NATIONAL
BANCSHARES, INC., *et al.*,
      vs.

DONALD E. SCHULZ, *et al.*

DATE  06/28/02

CASE NO.  1:00CV2081

COURT REPORTER  N/A

MAGISTRATE JUDGE VECCHIARELLI

Atty for Plaintiffs:  Patrick McLaughlin    Atty for Defendant Schulz: Phil Weaver
                      Colin Jennings           Non-Party United States: Sara Clash-Drexler
                      Jason Cliffe
                      Marc Jacobs

PROCEEDINGS: The Court held a conference to discuss the discovery dispute. Attorneys Jason Cliffe and Marc Jacobs attended the conference by telephone. The docket should reflect that attorney Sara Clash-Drexler is lead counsel for the United States. Plaintiffs filed a document withdrawing their motion to compel (Doc. No. 64) as it pertains to interrogatory numbers 16, 20, 32, 34, and 37. The Court also set deadlines as reflected in an Order.

2 hrs. 30 min
Total Time

*/s/ Nancy Vecchiarelli*
Nancy A. Vecchiarelli
U.S. Magistrate Judge