

FILED

02 JUL 10 AM 9:13

CLEVELAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD E. SCHULZ, <br><br> Defendant. | Civil Action No. 1:00-2081 <br><br> Judge Lesley Wells <br> Magistrate Judge Nancy Vecchiarelli <br><br> **UNITED STATES' PROPOSED SCHEDULE TO REDACT AND PRODUCE SCHULZ'S HANDWRITTEN MANUSCRIPT NOTES TO PLAINTIFFS** |

Pursuant to the Discovery Order issued in this matter on July 9, 2002, the United States has conferred with counsel for the plaintiffs regarding the United States' review and production of Donald Schulz's handwritten manuscript notes. The United States and the plaintiffs have agreed upon the proposed deadline of **July 26, 2002** for the United States to complete its review and redaction of the manuscript notes and to produce the notes to the plaintiffs and/or assert its objections.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

ANNE L. WEISMANN (DC Bar # 298190)
Assistant Branch Director

*[signature]*

SARA W. CLASH-DREXLER (PA Bar #86517)
GILLIAN FLORY (Maryland Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Ph. (202) 514-3481
Fax (202) 616-8460
sara.clash-drexler@usdoj.gov

Dated: July 9, 2002

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing PROPOSED SCHEDULE was served by facsimile and First Class Mail, postage prepaid, this 10th day of July, 2002, on:

Patrick M. McLaughlin, Esq.
McLaughlin & McCaffrey, LLP
Eaton Center, Suite 1350
1111 Superior Avenue
Cleveland, OH 44114-2500

Philip J. Weaver, Esq.
Smith, Marshall, Weaver and Vergon
500 National City East Sixth Building
1965 East Sixth Street
Cleveland, Ohio 44114

_____
SARA CLASH-DREXLER