6/28/02

Plaintiffs withdraw their motion to compel related to the interogatories Nos 16, 20, 32, 34 and 37 as set forth in document No 64.

Colin Jennings

Laredo National Bancshares
vs
Donald E. Schultz

Case: 00 CV 2081



2002 JUN 28 PM 4:31

FILED