# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

## MINUTES OF PROCEEDINGS--CIVIL

DATE  07/18/02

LAREDO NATIONAL
BANCSHARES, INC., *et al.*,

CASE NO.  1:00CV2081

vs.

COURT REPORTER N/A

DONALD E. SCHULZ, *et al.*

MAGISTRATE JUDGE VECCHIARELLI

Atty for Plaintiffs:  Patrick McLaughlin
                  Colin Jennings
                  Jason Cliffe
                  Marc Jacobs

Atty for Defendant Schulz: Phil Weaver
Atty for Non-Party United States: Sara Clash-Drexler

PROCEEDINGS: The Court held a telephone conference to discuss Schulz's request to compel Laredo to answer his interrogatories.  The Court indicated that Schulz's request is not ripe for consideration because counsel for Schulz and Laredo have not recently conferred about the matter and the March 5, 2002 letter to Laredo's counsel is insufficient and does not comply with the Court's earlier order to submit a statement or letter describing the dispute.  Counsel for Schulz and Laredo shall confer about the request and shall thereafter abide by the Local Rules regarding discovery disputes.  The Court also discussed the "log" submitted by Schulz.  The final log shall contain the specific production request number(s) to which each response corresponds.  The Court also indicated that Schulz may file a brief in support of the privileges asserted in the log.  Counsel for the United States notified the Court that none of the documents contained in the log are subject to its previously filed Protective Order.  The Court also issued an Order this date to reflect the decisions made during the telephone conference.

20 min.
Total Time

*Nancy Vecchiarelli*
Nancy A. Vecchiarelli
U.S. Magistrate Judge