**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., *et al.*, | ) ) ) | CASE NO. 1:00 CV 2081 |
| Plaintiffs, | ) ) | JUDGE LESLEY WELLS |
| v. | ) ) ) | MAGISTRATE JUDGE VECCHIARELLI |
| DONALD E. SCHULZ, *et al.*, | ) ) | **ORDER** |
| Defendants. | ) | |

The Court held a telephone conference on this date and ordered the following:

(1) Defendant, Donald Schulz ("Schulz"), and Plaintiffs, Laredo National Bancshares, Inc., *et al*. ("Laredo"), shall promptly confer about Schulz's request to compel Laredo to answer his interrogatories and shall thereafter abide by the Local Rules regarding discovery disputes if Schultz intends to bring a discovery dispute to the attention of the Court.

(2) The final log of Schulz's objections to Laredo's production requests shall indicate the specific production request number(s) to which each response corresponds.

  (3)  Schulz may file a brief in support of his asserted privileges contained in the log no later than **July 25, 2002**.

  IT IS SO ORDERED.

*Nancy Vecchiarelli*
Nancy A. Vecchiarelli
U.S. Magistrate Judge

Date: July 18, 2002