**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., *et al.*, | ) ) ) | CASE NO. 1:00 CV 2081 |
| Plaintiffs, | ) ) | JUDGE LESLEY WELLS |
| v. | ) ) ) | MAGISTRATE JUDGE VECCHIARELLI |
| DONALD E. SCHULZ, *et al.*, | ) ) | **ORDER** |
| Defendants. | ) | |

On July 23, 2002, all parties filed a Joint Motion for Enlargement of Time Within Which to Complete Discovery. (Doc. No. 93.) In the Motion, the parties asked:

(1) for an order enlarging the time within which discovery may be completed until 60 days after the resolution of the present discovery disputes;

(2) that the dispositive motion briefing schedule be amended as follows:

    (a) Dispositive motions to be filed 30 days after the close of discovery;

    (b) Responses filed 20 days after the submission of a dispositive motion; and

    (c) Reply briefs, if any, 10 days thereafter; and

(3) that the trial date be scheduled to a date not less than 90 days from the completion of

dispositive motion briefing.

It appears the request for an extension of discovery is dependent upon the resolution of the current discovery disputes. Further, the parties have not identified the specific discovery they require. Thus, this Court does not have the information necessary to evaluate whether the request for additional discovery is warranted. Therefore, the parties' Motion for Enlargement of Time (Doc. No. 93) is DENIED without prejudice to re-file.

The parties may file a new motion to extend discovery if they seek discovery that is not dependent upon the resolution of the current discovery disputes. This motion shall identify the specific discovery the parties require and explain why such discovery is not dependent upon the resolution of the current discovery disputes.

Further, regarding any discovery that is dependent upon the resolution of the current discovery disputes, the parties may file a motion within three (3) days after the issuance of the Report and Recommendation requesting additional discovery based upon the rulings set forth in the Report and Recommendation. In this motion, the parties shall specifically identify the additional discovery requested and the reason(s) it could not be completed within the previously set deadlines.

As this matter has not been referred to the Magistrate Judge for matters pertaining to a dispositive motion date or trial date, this Order does not address these matters.

IT IS SO ORDERED.

_____
Nancy A. Vecchiarelli
U.S. Magistrate Judge

Date: July 30, 2002

