# McLaughlin & McCaffrey, LLP

Eaton Center, Suite 1350
1111 Superior Avenue
Cleveland, Ohio 44114-2500
(216) 623-0900 • Fax (216) 623-0935
law@paladin-law.com

Patrick M. McLaughlin
pmm@paladin-law.com

August 15, 2002

**Via Hand-Delivery**
The Honorable Lesley Wells
United States District Judge
Northern District of Ohio
201 Superior Avenue
Cleveland, Ohio 44114

Re:  *Laredo National Bancshares, Inc., et al. vs. Donald Schulz, et al.*
     Civil Action No. 1:00CV2081

Dear Judge Wells:

On July 30, 2002 Magistrate Judge Nancy A. Vecchiarelli issued an order denying the parties joint motion for enlargement of time within which to complete discovery. As all matters related to discovery were referred to Magistrate Judge Vecchiarelli, the Order states that "upon the resolution of the current discovery disputes, the parties may file a motion within three (3) days after the issuance of the Report and Recommendation requesting additional discovery based upon the rulings set forth in the Report and Recommendation." *See* Order at 2. Consistent with that Order, the parties will submit a joint motion following the issuance of the Report and Recommendation related to discovery.

Magistrate Judge Vecchiarelli's Order, however, did not resolve the joint motion for enlargement of time related to the request for a continuation of the dispositive motion date and trial date. The Order states:

> As this matter has not been referred to the Magistrate Judge
> for matters pertaining to a dispositive motion date or trial date,
> this Order does not address these matters.

*See* Order at 2.

Therefore, the parties joint request for enlargement of the dispositive motion date and trial date remains pending with this Court. The purpose of this letter is to request that the Court extend the current dispositive motion and trial dates. In the joint motion for

The Honorable Lesley Wells
United States District Judge
Northern District of Ohio
August 13, 2002
Page 2

enlargement of time the requested enlargement was tied to the requested extension of discovery. As Judge Vecchiarellis' Order has denied the requested enlargement of discovery without prejudice to refile, the parties request that the dispositive motion date currently set for August 23, 2002 be enlarged by a period of sixty (60) days following the completion of discovery, and that the trial date, which is currently unscheduled, be scheduled to a period not less than 90 days following the completion of briefing on dispositive motions.

Very truly yours,

Philip J. Weaver, Jr. /CRJ

Patrick M. McLaughlin /CRJ

PJW/PMM/bmk
cc: Magistrate Judge Nancy A. Vecchiarelli (Via hand-delivery)
Ricardo Cedillo, Esq. (via ordinary mail)
Jason R. Cliffe, Esq. (via ordinary mail)