UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LAREDO NATIONAL BANCSHARES INC., et al. | ) CASE NO. 1:00 CV 2081 |
| Plaintiffs | ) JUDGE LESLEY WELLS |
| -vs- | ) |
| | ) ORDER TO EXTEND DEADLINE |
| DONALD E. SCHULZ, et al. | ) |
| Defendants | ) |

The Court is in receipt of a request by letter, jointly submitted 15 August 2002 by counsel, to extend the 23 August 2002 deadline for dispositive motions in this matter for 60 days. Since the request was, inexplicably, not by motion and was not filed, the court will docket the letter and by this order will extend the dispositive motion deadline to 20 October 2002.

IT IS SO ORDERED.

/s/Lesley Wells
UNITED STATES DISTRICT JUDGE