**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., *et al.*, | ) ) ) | CASE NO. 1:00 CV 2081 |
| Plaintiffs, | ) ) | JUDGE LESLEY WELLS |
| v. | ) ) | |
| | ) | MAGISTRATE JUDGE VECCHIARELLI |
| DONALD E. SCHULZ, *et al.*, | ) ) | **ORDER** |
| Defendants. | ) | |

The Court hereby orders non-party, United States to file manually, *in camera* and under seal, a copy of the White Tiger Executive Summary ("White Tiger Paper") **no later than Friday, October 4, 2002.** Further, the parties shall refer to this Order as the order authorizing the *in camera* and sealed filing of the White Tiger Paper.

IT IS SO ORDERED.

*[signature]*
Nancy A. Vecchiarelli
U.S. Magistrate Judge

Date: September 30, 2002