# McLaughlin & McCaffrey, LLP

Eaton Center, Suite 1350
1111 Superior Avenue
Cleveland, Ohio 44114-2500
(216) 623-0900 • Fax (216) 623-0935
law@paladin-law.com

Colin R. Jennings
crj@paladin-law.com

August 2, 2002

The Honorable Nancy A. Vecchiarelli
United States Magistrate Judge
Northern District of Ohio
201 Superior Avenue
Cleveland, Ohio 44114

Re: *Laredo National Bancshares, Inc., et al. vs. Donald Schulz, et al.*
Civil Action No. 1:00CV2081 (N.D. Ohio, Judge Wells)

Dear Magistrate Judge Vecchiarelli:

The purpose of this letter is to advise the Court that the parties have resolved the discovery disputes related to the privilege log prepared on behalf of defendant Schulz. Therefore, Professor Schulz will not be filing any documents *in camera* with the Court in connection with this matter.

The parties have also made substantial progress on the discovery disputes related to defendants written discovery to plaintiffs. The majority of the disputes have been resolved, and plaintiffs have agreed to supplement a number of the requests. There currently remain three categories of requests which the parties have not been able to come to an agreement on and the discussions between the parties will continue in an effort to resolve the remaining disputes. We appreciate the assistance and time the Court has given the parties in order to work through these discovery issues.

Very truly yours,

Philip J. Weaver /CRJ      Colin R. Jennings

**Via Hand Delivery**
Encls.
cc: Patrick M. McLaughlin, Esq.
    Ricardo Cedillo, Esq.
    Jason R. Cliffe, Esq.