**FILED UNDER SEAL PURSUANT TO COURT ORDER.**