UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LAREDO NATIONAL BANCSHARES, INC. et al. | ) CASE NO. 1:00 CV 2081 ) ) |
| Plaintiffs | ) JUDGE LESLEY WELLS ) |
| -vs- | ) ORDER EXTENDING DEADLINE ) |
| DONALD E. SCHULZ, et al. | ) ) |
| Defendants | ) |

A status conference was held on 16 October 2002. Counsel for plaintiffs, Mr. Patrick M. McLaughlin, and counsel for defendant, Mr. Philip J. Weaver, Jr., participated in the status conference. Upon the joint request from the plaintiffs and the defendant, this Court moves the dispositive motion deadline to 17 March 2003.

A telephone status conference is scheduled at 2:30 p.m. on 12 November 2002. The Court will initiate the call.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE