# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., *et al.*, | ) ) ) | CASE NO. 1:00 CV 2081 |
| Plaintiffs, | ) ) | JUDGE LESLEY WELLS |
| v. | ) ) ) | MAGISTRATE JUDGE VECCHIARELLI |
| DONALD E. SCHULZ, *et al.*, | ) ) | **TERMINATION ORDER** |
| Defendants. | ) | |

This matter was referred by the court for a report and recommendation decision and all discovery matters. These matters have now been concluded, therefore;

IT IS ORDERED that the case referral orders are hereby terminated, and this case is returned to Judge Wells.

/s/ Nancy Vecchiarelli
Nancy A. Vecchiarelli
U.S. Magistrate Judge

Date: November 8, 2002