# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., | ) ) ) | CASE NO. 00 CV 2081 |
| Plaintiffs, | ) ) | JUDGE WELLS |
| vs. | ) ) ) | <u>DEFENDANT'S MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE</u> |
| DONALD E. SCHULZ, | ) ) | |
| Defendant. | ) | |

Defendant, Donald E. Schulz, moves the court for an order extending the dispositive motion deadline from March 17, 2003 to April 17, 2003 to allow the parties to continue ongoing, productive settlement negotiations that should conclude within the next seven (7) to ten (10) days. In the event that settlement does not come to pass, Defendant respectfully requests an additional thirty (30) days until April 17, 2003 within which to file dispositive motions.

                                                      Respectfully submitted,

                                                      s/ Philip J. Weaver, Jr.
                                                      Philip J. Weaver, Jr. (0025491)
                                                      **Smith, Marshall, Weaver & Vergon**
                                                      1965 East Sixth Street, Suite 500
                                                      Cleveland, Ohio 44114-2298
                                                      (216) 781-4994    Fax: (216) 781-4994
                                                      E-mail: pjw@smithmarshall.com

                                                      Attorney for Defendant, Donald Schulz

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2003 a copy of the foregoing Defendant's Motion To Extend Dispositive Motion Deadline was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Philip J. Weaver, Jr.<br>
Philip J. Weaver, Jr.