IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Laredo National Bancshares Inc., et al., ) | Civil Action No. 1:00 CV 2081 |
| ) | |
| Plaintiffs, ) | Judge Lesley Wells |
| ) | Magistrate Judge Nancy Vecchiarelli |
| v. ) | |
| ) | **Plaintiffs' Motion to Extend the** |
| Donald E. Schulz, et al., ) | **Dispositive Motion Deadline by 30-days** |
| ) | |
| Defendants. ) | |
| ) | |

Now come the plaintiffs, by and through the undersigned counsel, and move this Honorable Court for an order extending the dispositive motion deadline from March 17, 2003 to April 17, 2003.  The parties are engaged in ongoing, productive settlement discussions which should conclude shortly and, we believe, result in a resolution of this litigation.  Plaintiffs do not oppose defendant's similar motion and agree that the dispositive motion deadline should be extended in the event that a negotiated resolution is not reached.

This motion is not made for any purpose of delay.

1

Respectfully submitted,


 /s/ Patrick M. McLaughlin
Patrick M. McLaughlin        (0008190)
John F. McCaffrey        (0039486)
Colin R. Jennings        (0068704)
McLAUGHLIN & McCAFFREY, LLP
Eaton Center, Suite 1350
1111 Superior Avenue
Cleveland, Ohio 44114-2500
(216) 623-0900  - Telephone
(216) 623-0935  - Facsimile
pmm@paladin-law.com

Ricardo G. Cedillo
Jason R. Cliffe
DAVIS, CEDILLO & MENDOZA, INC.
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas   78216
(210) 822-6666 - Telephone
(210) 822-1151 - Facsimile


Counsel for plaintiffs

2

**Certificate of Service**

A copy of the foregoing Plaintiffs' Motion to Extend the Dispositive Motion Deadline by 30-days was filed electronically on this the 17<u>th</u> day of March, 2003. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Patrick M. McLaughlin
    Patrick M. McLaughlin