

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al. | ) CASE NO. 1:00 CV 2081 |
| Plaintiffs | ) JUDGE LESLEY WELLS |
| -vs- | ) |
| DONALD E. SCHULZ, et al. | ) **SEALING ORDER** |
| Defendants | ) |

The Clerk shall maintain in camera and under seal, subject to further order of this Court, the copy of the White Tiger Executive Summary, originally ordered to be filed by the United States, in camera and under seal by Magistrate Judge Vecchiarelli on 30 September 2002 (Docket no. 103) and so filed by the United States on 3 October 2002 (Docket no. 105).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE