# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Laredo National Bancshares, Inc., et al, | ) | Civil Action No. 1:00 CV 2081 |
| | ) | |
| Plaintiffs, | ) | Judge Lesley Wells |
| | ) | Magistrate Judge Nancy Vecchiarelli |
| vs. | ) | |
| | ) | **DEFENDANT'S CONSENT FOR** |
| Donald E. Schulz, et al., | ) | **ENTRY OF AN INJUNCTION AND** |
| | ) | **A JUDGMENT** |
| Defendants. | ) | |

Defendant Donald E. Schulz advises the Court that he has agreed to a settlement, which provides for an entry of a judgment against him.  The settlement further provides that, in partial consideration of the Plaintiffs' agreement not to execute upon, enforce or collect this judgment, the Court may issue a permanent injunction.  Defendant consents to the entry of an order granting a permanent injunction and judgment.

        Respectfully submitted,

        s/ Donald E. Schulz
        Donald E. Schulz

        s/ Philip J. Weaver, Jr.
        Philip J. Weaver, Jr. (0025491)
        Smith Marshall, LLP
        500 National City-East Sixth Building
        1965 East 6th Street
        Cleveland, Ohio 44114
        (216) 781-4994

        Counsel for Defendant Donald Schulz