

FILED

03 APR 15 PM 2: 32

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LAREDO NATIONAL BANCSHARES, INC., *et al.*, | ) CASE NO. 1:00 CV 2081 ) |
| Plaintiffs, | ) JUDGE LESLEY WELLS ) ) |
| -vs- | ) <u>ORDER GRANTING JOINT MOTION</u> ) <u>FOR ENTRY OF A JUDGMENT AND</u> |
| DONALD E. SCHULZ, *et al.*, | ) <u>PERMANENT INJUNCTION AND</u> ) <u>ORDER OF PERMANENT INJUNCTION</u> |
| Defendants. | ) <u>AND JUDGMENT ENTRY</u> |

The Court, in consideration of the record, including the stipulation of facts and the affidavit of Schulz, orders as follows:

1.    Judgment shall be entered against Schulz on Counts V (commercial disparagement) and VI (invasion of privacy) of the complaint in the amount of eight million ($8,000,000.00) dollars. The plaintiffs have agreed not to execute upon, enforce,

1

or collect this judgment against the defendant in exchange for good and valuable consideration.

2. Schulz is hereby permanently enjoined from further dissemination of the Executive Summary, or its contents, other than his returning all copies of the document in his possession or control to the U.S. Department of Justice within ten (10) days of the entry of this Order.

3. In the event that Schulz violates the permanent injunction, damages against him in the amount of eighty-eight million ($88,000,000.00) dollars will be awarded to the Plaintiffs by this Court.

4. The Court will retain jurisdiction to enforce this injunction.

5. All other claims against Schulz brought by LNB, LNBi, and Jacobs, as well as all counterclaims, are hereby dismissed with prejudice.

6. The parties hereby withdraw any and all pending motions and objections to reports and recommendations of the Magistrate Judge, and, therefore, any and all such reports and recommendations not previously ruled on by this Court are now moot and, hereby, vacated.

7.  The Court shall retain jurisdiction for a period of six (6) months within which to consider a motion for attorneys fees and expenses filed by defendant against the United States.

8.  Each party shall bear its own costs.

IT IS SO ORDERED THIS  15  DAY OF  April , 2003.

                                                UNITED STATES DISTRICT JUDGE

3