# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., | ) ) ) | CASE NO.  1:00 CV 2081 |
| Plaintiffs, | ) ) | JUDGE WELLS |
| vs. | ) ) | <u>NOTICE OF COMPLIANCE WITH COURT ORDER</u> |
| DONALD E. SCHULZ, | ) ) | |
| Defendant. | ) | |

Defendant, Donald E. Schulz, hereby gives notice that on April 17, 2003, by letter marked "Personal and Confidential" to Sara Clash-Drexler of the United States Department of Justice, he did comply with the court's order requiring him to mail all copies of the Executive Summary within his possession or control to the United States Department of Justice.

          Respectfully submitted,

          <u>s/ Philip J. Weaver, Jr.</u>
          Philip J. Weaver, Jr. (0025491)
          **Smith, Marshall, Weaver & Vergon**
          1965 East Sixth Street, Suite 500
          Cleveland, Ohio 44114-2298
          (216) 781-4994     Fax: (216) 781-4994
          E-mail: pjw@smithmarshall.com

          Attorney for Defendant, Donald Schulz

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2003 a copy of the foregoing Notice of Compliance With Court Order was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Philip J. Weaver, Jr.
Philip J. Weaver, Jr.