UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., | ) ) ) | Civil Action No. 1:00-2081 |
| Plaintiffs, | ) ) ) | Judge Lesley Wells<br>Magistrate Judge Nancy Vecchiarelli |
| v. | ) ) ) ) ) | **ORDER GRANTING UNITED STATES' MOTION PURSUANT LOCAL RULE 5.2 TO TAKE CUSTODY OF WHITE TIGER EXECUTIVE SUMMARY** |
| DONALD E. SCHULZ, | ) ) | |
| Defendant. | ) ) | |

Upon consideration of the United States' Motion Pursuant to Local Rule 5.2 to Take Custody of White Tiger Executive Summary Previously Filed Under Seal ("United States' Motion"), it is hereby

**ORDERED** that the United States' Motion is GRANTED; it is further

**ORDERED** that the United States shall take custody of the copy of the White Tiger Executive Summary filed under seal by the United States on October 3, 2002 (docket entry no. 105) and shall retain custody of this document until further order of this Court.

**SO ORDERED.**

Dated: 28 April 2003

LESLEY WELLS
United States District Judge

Copies to:

Patrick M. McLaughlin, Esq.
McLaughlin & McCaffrey, LLP
Eaton Center, Suite 1350
1111 Superior Avenue
Cleveland, OH 44114-2500

Philip Weaver, Esq.
Smith, Marshall, Weaver and Vergon
500 National City East Sixth Building
1965 East Sixth Street
Cleveland, Ohio 44114

Sara W. Clash-Drexler, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
PO Box 883, Rm. 6132
Washington, DC 20044