# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

LAREDO NATIONAL BANCSHARES, INC., et al.,

**Plaintiff**

Case Number: 1:00cv2081

Judge: Wells

V.

DONALD E. SCHULZ

**Defendant**

FILED 03 JUN -2 PM 4:16 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND

## RECEIPT FOR THE FOLLOWING PAPERS/EXHIBITS

Document # 105

**THE ABOVE PAPERS/EXHIBITS TAKEN FROM THE FILES BY:**

Name: Marcia Johnson

Attorney for:  ☐ Plaintiff(s)   ☐ Defendant(s)

Firm Name: Office of the U.S. Attorney

Address: 400 U.S. Courthouse

Phone Number: 216-622-3670

☐ To be returned within _____ days.

☒ Not to be returned.

Date: June 2, 2003

By: _____ Deputy Clerk