

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., | ) | CASE NO. 1:00 CV 2081 |
| Plaintiffs, | ) | JUDGE WELLS |
| vs. | ) | DEFENDANT'S NOTICE OF MANUAL FILING |
| DONALD E. SCHULZ, | ) | |
| Defendant. | ) | |

The parties and the court will please take notice that the following exhibits to be attached to Defendant's Motion For Payment Of Attorney's Fees, Expenses And Costs Against The United States Of America have been manually filed with the court:

**Exhibit A -** **Deposition of Donald Schulz,** pages: 16, 26, 57-59, 64, 119-134, 151-152, 165, 167-179 182-190, 196-200, 217-221, 229, 232-233, 237-240, 244-245, 263-273, 284-287, 298-299, 303, 306-310, 314-315, 358, 391, 395-397, 400-401, 461-462, 478-480, 490-494, 524-529, 582-583, 592-596, 620-621, 624-625, 634.

**Exhibit B -** **Deposition of Douglas Lovelace,** pages: 12-16, 24-25, 43-46, 71-73, 120-121, 123-127, 129, 201-206, 221-223, 245-247, 250-251, 255-257, 259-261, 263-268, 270-272, 277-283.

**Exhibit C -** **Deposition of Daniel Huffman,** pages: 39, 46-48, 81, 98-99, 162-167, 176, 181-183, 203-204.

**Exhibit D -** Schulz' Answers to Plaintiffs' Interrogatories, #5.

**Exhibit E -** Stipulation of Facts, Schulz Affidavit, ¶¶15, 16, 17 (Docket Document #125, Attachment A).

**Exhibit F -** Schulz' 10/9/00 Request for Representation.

**Exhibit G -** Army's 11/16/01 letter to Schulz.

**Exhibit H -** Department of Justice's 10/26/01 letter to the Army.

**Exhibit I -** Excerpt from Department of Justice Motion to Dismiss.

**Exhibit J -** Schulz *curriculum vitae.*

**Exhibit K -** SSI 1998 Study Plan.

Respectfully submitted,

*/s/ Philip J. Weaver*
Philip J. Weaver, Jr. (0025491)
**Smith Marshall, LLP**
1965 East Sixth Street, Suite 500
Cleveland, Ohio 44114-2298
(216) 781-4994  Fax: (216) 781-4994
E-mail: pjw@smithmarshall.com

Attorney for Defendant, Donald Schulz

## CERTIFICATE OF SERVICE

I hereby certify that on this ___29th___ day of August 2003, a copy of the foregoing Notice of Manual Filing was filed manually and served by regular U.S. mail upon:

Ricardo G. Cedillo, Esq.  
David, Cedillo & Mendoza  
McCombs Plaza  
755 E. Mulberry, Suite 500  
San Antonio, Texas 78212  

Patrick M. McLaughlin, Eq.  
John F. McCaffrey, Esq.  
McLaughlin & McCaffrey, LLP  
Eaton Center  
1111 Superior Avenue, Suite 1350  
Cleveland, Ohio 44114-2500  

Sara W. Clash-Drexler  
U.S. Department of Justice  
Civil Division, Federal Programs Br.  
P.O. Box 883  
Washington, D.C. 20044  

_____  
Philip J. Weaver, Jr.