Complete document is on file in the Clerk's Office



FILED
03 AUG 29 PM 1:17
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al | ) ) ) | CASE NO. 1:00CV2081 |
| | ) ) ) | JUDGE WELLS |
| Plaintiff | ) ) ) | EXHIBITS |
| vs. | ) ) ) | |
| DONALD E. SCHULTZ | ) ) ) | |
| Defendant | ) | |