# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LAREDO NATIONAL BANCSHARES, INC., *et al.*, | Case No. 1:00 CV 2081 |
| Plaintiffs, | Judge Wells |
| v. | NOTICE OF SUBSTITUTION OF APPEARANCE |
| DONALD E. SCHULZ, | |
| Defendant. | |

## Notice of Substitution of Appearance

PLEASE TAKE NOTICE that the undersigned counsel hereby substitutes his appearance for Sara Clash-Drexler, Trial Attorney, Federal Programs, Civil Division, U.S. Department of Justice in the above-captioned matter as counsel for the United States. The case has been reassigned to the undersigned counsel in the Constitutional and Specialized Torts Staff, Civil

1

Division, U.S. Department of Justice.

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General, Civil Division

    JOHN L. EULER
    Acting Director, Torts Branch, Civil Division

    NICKI L. KOUTSIS
    Assistant Director, Torts Branch, Civil Division

    _____
    FORREST CHRISTIAN
    Trial Attorney, Torts Branch, Civil Division
    U.S. Department of Justice
    P.O. Box 7146
    Washington, D.C. 20044-7146
    Tel: (202) 616-4326
    Fax: (202) 616-4314

    Attorneys for the United States of America

Dated: September __8__, 2003

## CERTIFICATE OF SERVICE

I hereby certify that on September ___8___, 2003, I served a true copy of the foregoing NOTICE OF SUBSTITUTION OF APPEARANCE by first class mail, postage pre-paid, addressed to counsel as follows:

Philip J. Weaver, Jr., Esq.
Smith, Marshall, LLP
500 National City – East Sixth Building
1965 East Sixth Street
Cleveland, OH 44114

                                                      _____
                                                      Forrest Christian
                                                      Trial Attorney
                                                      Torts Branch, Civil Division
                                                      U.S. Department of Justice
                                                      P.O. Box 7146
                                                      Washington, D.C. 20044-7146
                                                      Tel:   (202) 616-4326
                                                      Fax:  (202) 616-4314