# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., | ) ) ) | CASE NO. 1:00 CV 2081 |
| Plaintiffs, | ) ) | JUDGE WELLS |
| vs. | ) ) | DEFENDANT'S MOTION TO EXTEND TIME |
| DONALD E. SCHULZ, | ) ) | |
| Defendant. | ) | |

Defendant moves the court for an order extending the time within which he must reply to the government's brief opposing Defendant's Motion for Fees from October 7, 2003 to October 10, 2003. This three-day extension is necessary because counsel for Defendant has been involved in three days of depositions and two days of mediation during the seven-day reply brief time provided by the Local Rules. Accordingly, there has been insufficient time within which to prepare an appropriate reply brief. Counsel for Defendant has conferred with counsel for the government who has no objections to this extension.

For the aforementioned reasons, Defendant should be granted a three-day extension until October 10, 2003 within which to file his reply brief.

        Respectfully submitted,

        s/ Philip J. Weaver, Jr.
        Philip J. Weaver, Jr. (0025491)
        **Smith Marshall, LLP**
        1965 East Sixth Street, Suite 500
        Cleveland, Ohio 44114-2298
        (216) 781-4994    Fax: (216) 781-4994
        E-mail: pjw@smithmarshall.com

        Attorney for Defendant, Donald Schulz

### CERTIFICATE OF SERVICE

I hereby certify that on this  3rd  day of October, 2003 a copy of the foregoing was filed electronically with the extensive exhibits being manually filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, a copy of the foregoing document was served by facsimile and first class U.S. mail, postage prepaid, this  3rd  day of October, 2003, to Jeremy S. Brumbelow, Esq., U.S. Department of Justice, P.O. Box 7146, Washington, D.C. 20044-7146.

        /s/ Philip J. Weaver, Jr.
        Philip J. Weaver, Jr.