UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al | ) ) ) | CASE NO. 1:00CV2081 |
| | ) | JUDGE LESLEY WELLS |
| Plaintiff | ) ) | |
| -vs- | ) | ORDER OF RECUSAL |
| | ) | |
| DONALD E. SCHULZ, et al | ) ) | |
| Defendant | ) ) | |

I disqualify myself in proceedings in this case pursuant to 28 U.S.C. § 455.

The case is returned to the Clerk of Court for reassignment.

IT IS SO ORDERED.

   /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

This case is reassigned to: JUDGE SOLOMON OLIVER, JR.