# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LAREDO NATIONAL BANCSHARES, INC., et al., | ) ) ) | CASE NO.  1:00 CV 2081 |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| Plaintiffs, | ) ) | |
| vs. | ) ) | <u>SUGGESTION OF DEATH UPON THE RECORD</u> |
| DONALD E. SCHULZ, | ) ) | |
| Defendant. | ) | |

Counsel for Defendant, Donald E. Schulz, hereby suggests upon the record the death of Defendant, Donald E. Schulz, on or about October 15, 2003. A motion to substitute the Executor of the Estate of Donald E. Schulz, Deceased, for Defendant, Donald E. Schulz, will be made pursuant to F.R.C.P. 25.

    Respectfully submitted,

    s/ Philip J. Weaver, Jr.
    Philip J. Weaver, Jr. (0025491)
    **Smith Marshall, LLP**
    1965 East Sixth Street, Suite 500
    Cleveland, Ohio 44114-2298
    (216) 781-4994    Fax: (216) 781-4994
    E-mail: pjw@smithmarshall.com

    Attorney for Defendant, Donald Schulz

CERTIFICATE OF SERVICE

     I hereby certify that on this  3rd  day of November, 2003 a copy of the foregoing was filed electronically with the extensive exhibits being manually filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  In addition, a copy of the foregoing document was served by facsimile and first class U.S. mail, postage prepaid, this  3rd  day of November, 2003, to Jeremy S. Brumbelow, U.S. Department of Justice, Torts Branch, Civil, P.O. Box 7146, Washington, D.C.  20044.

                                              s/ Philip J. Weaver, Jr.
                                              Philip J. Weaver, Jr.